1

**BURSOR & FISHER, P.A.**

2

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)

3

Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940

4

Walnut Creek, CA 94596
Telephone: (925) 300-4455

5

Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com

6

jsmith@bursor.com

7

ykrivoshey@bursor.com

8

*Attorneys for Plaintiff*

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| JEREMY REVITCH, on behalf of himself and all others similarly situated, | Case No. 3:18-cv-01127-JCS |

13

14

Plaintiff,

**DECLARATION OF JOEL D. SMITH IN SUPPORT OF OPPOSITION TO DIRECTV'S MOTION TO COMPEL ARBITRATION**

15

v.

16

DIRECTV, LLC,

Date:       June 22, 2018
Time:       9:30 a.m.
Courtroom: G, 15th Floor

17

Defendant.

18

Judge:      Hon. Joseph C. Spero

19

20

21

22

23

24

25

26

27

28

I Joel D. Smith, declare:

1.     I am a partner in the law firm of Bursor & Fisher, P.A., counsel to Plaintiffs.  I make this declaration in support of Plaintiff's Opposition to DirecTV's Motion to Compel Arbitration.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.     Attached as <u>Exhibit 1</u> is a true and correct copy of the AT&T Mobility Wireless Customer Agreement that DirecTV contends is at issue here.  It is the same agreement attached as Exhibit 4 to the Declaration of Ann Mittlestead (Doc. No. 23-5) except that relevant portions cited in Plaintiff's Opposition Brief are highlighted.

3.     Attached as <u>Exhibit 2</u> is a true and correct copy of AT&T Mobility's website page titled "Resolve a dispute with AT&T via arbitration."  I personally retrieved the screenshot from AT&T Mobility's website, which is available at https://www.att.com/esupport/article.html#!/ wireless/KM1045585 (last visited May 14, 2018).

4.     Attached as <u>Exhibit 3</u> is a true and correct copy of AT&T's Notice of Dispute form, which AT&T Mobility customers are required to fill out before initiating arbitration.  I personally retrieved the form from AT&T Mobility's website, at https://www.att.com/support_media/images/ pdf/ Wireless/1239368042948.Notice_of_Dispute_Form.pdf (last visited May 14, 2018).

5.     Attached as <u>Exhibit 4</u> is a true and correct copy of DirecTV's document titled "Resolve a dispute with DirecTV via arbitration."  I personally retrieved the document from DirecTV's website, which is available at http://www.directv.com/content/dam/dtv/ directv_marketing/agreements_and_policies/customer_agreement_update/DTV_arbitration_inform ation_page_3.pdf (last visited May 14, 2018).

6.     Attached as <u>Exhibit 5</u> is a true and correct copy of DirecTV's Notice of Dispute form, which DirecTV customers are required to fill out before initiating arbitration.  I personally retrieved the form from DirecTV's website at http://www.directv.com/content/dam/dtv/ directv_marketing/agreements_and_policies/customer_agreement_update/DTV_Arbitration_Forms .pdf (last visited May 14, 2018).

7.      Attached as <u>Exhibit 6</u> is a true and correct copy of Exhibit 21 AT&T Inc.'s February 20, 2018 Form 10-K filing.  I personally retrieved the document, which is available on Inc.'s website at https://otp.tools.investis.com/clients/us/atnt/SEC/sec-show.aspx?Type=page&FilingId=12564537-882826-890272&CIK=0000732717&Index=111000 (last visited May 14, 2018).

8.      Attached as <u>Exhibit 7</u> is a true and correct copy of AT&T Inc.'s Reply Brief in Support of its Motion to Dismiss in *Horowitz v. AT&T Inc. et al.*, D.N.J. Case No. 3:17-cv-04827, filed December 6, 2017.  I personally retrieved this document from Pacer on May 29, 2018.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed on May 29, 2018, in Walnut Creek, California.

*/s/ Joel D. Smith*
Joel D. Smith

**EXHIBIT 1**

# *wireless customer agreement*

enterprise customers:
additional service and
equipment-related terms


Rethink Possible

FMS TC T 0111 0180 E

**WIRELESS CUSTOMER AGREEMENT**
**TABLE OF CONTENTS**

**1.0 TERM COMMITMENT, CHARGES, BILLING AND PAYMENT**
- 1.1 What Is the Term of My Service?
- 1.2 What Happens If My Service Is Cancelled or Terminated Before the End of My Agreement? Is There a Cancellation/Early Termination Fee?
- 1.3 Can AT&T Change My Terms and Rates?
- 1.4 What Charges Am I Responsible For? How Much Time Do I Have to Dispute My Bill?
- 1.5 How Does AT&T Calculate My Bill?
- 1.6 Are Advance Payments and/or Deposits Required?
- 1.7 What if I Fail to Pay My AT&T Bill When it is Due?
- 1.8 What Happens If My Check Bounces?
- 1.9 Are There Business or Government Benefits?
- 1.10 Who Can Access My Account and for What Purpose?

**2.0 HOW DO I RESOLVE DISPUTES WITH AT&T?**
- 2.1 Dispute Resolution by Binding Arbitration
- 2.2 Arbitration Agreement

**3.0 TERMS RELATING TO YOUR DEVICE AND CONTENT**
- 3.1 My Device
- 3.2 Where and How Does AT&T Service Work?
- 3.3 What Information, Content and Applications Are Provided by Third Parties?
- 3.4 How Can I Get Mobile Content?
- 3.5 Am I Responsible If Someone Makes a Purchase With My Device?
- 3.6 Can I Use Location-Based Services With My Device?
- 3.7 What If My Device Is Lost or Stolen?

**4.0 TERMS RELATING TO THE USE AND LIMITATIONS OF SERVICE**
- 4.1 What Are the Limitations on Service and Liability?
- 4.2 How Can I Use My AT&T Service?
- 4.3 Who Is Responsible for Security?
- 4.4 How Can I Use the Software?
- 4.5 How Can I Use Another Carrier's Network (Off-Net Usage)?
  - 4.5.1 Voice
  - 4.5.2 Data
  - 4.5.3 Messaging
  - 4.5.4 Notice
- 4.6 How Do I Get Service Outside AT&T's Wireless Network (Roaming)?
  - 4.6.1 International Services
    - 4.6.1.1 International Roaming
    - 4.6.1.2 International Data
    - 4.6.1.3 Data Global Add-Ons and Global Messaging Plans
    - 4.6.1.4 Data Connect Global/North America Plans
    - 4.6.1.5 International Long Distance
    - 4.6.1.6 International Long Distance Text, Picture & Video Messaging
    - 4.6.1.7 Cruise Ship Roaming
    - 4.6.1.8 International Miscellaneous

**5.0 WHAT VOICE SERVICES DOES AT&T OFFER?**
- 5.1 What Are the General Terms That Apply to All AT&T Voice Rate Plans?
- 5.2 Voicemail
- 5.3 Voicemail-to-Text (VMTT)
- 5.4 Unlimited Voice Services
- 5.5 Caller ID
- 5.6 Rollover Minutes®
- 5.7 Mobile to Mobile Minutes

5.8    FamilyTalk® Plan
5.9    A-List℠
5.10   AT&T Viva Mexico ("Mexico Plan") and AT&T Nation℠/FamilyTalk With Canada ("Canada Plan")
5.11   AT&T Unity and AT&T Unity-FamilyTalk® Plan Requirements
       5.11.1  Eligibility Requirements
       5.11.2  AT&T Unity Minutes
5.12   VoiceDial Services

**6.0   WHAT DATA AND MESSAGING SERVICES DOES AT&T OFFER?**
6.1    What Are the General Terms That Apply to All Data and Messaging Plans?
6.2    What Are the Intended Purposes of the Wireless Data Service?
6.3    What Are the Voice and Data Plan Requirements?
6.4    How Does AT&T Calculate My Data Usage/Billing?
6.5    Text, Instant Messaging and Picture/Video Messaging
6.6    AT&T My Media CLUB
6.7    Mobile Email
6.8    Mobile Video
6.9    Video Share
6.10   AT&T Wi-Fi Services
6.11   DataConnect Plans
       6.11.1  What Are the General Terms That Apply to All DataConnect Plans?
       6.11.2  Data Global Add-On/DataConnect Global Plans/DataConnect North America Plans
       6.11.3  Pooled DataConnect Plans
       6.11.4  AT&T DataConnect Pass
6.12   AT&T DataPlus℠/AT&T DataPro℠ Plans
       6.12.1  What Are the General Terms That Apply to All AT&T DataPlus/ AT&T DataPro Plans?
       6.12.2  AT&T DataPlus/AT&T DataPro Plans With Tethering
       6.12.3  BlackBerry® Personal
       6.12.4  BlackBerry® Connect; BlackBerry Enterprise; BlackBerry International
6.13   GOOD Plan
6.14   Microsoft Direct Push

**7.0   ARE THERE OTHER TERMS AND CONDITIONS THAT APPLY TO FEATURES AND APPLICATIONS?**

**8.0   WHAT ARE AT&T ROADSIDE ASSISTANCE AND OPTIONAL WIRELESS PHONE INSURANCE?**
8.1    AT&T Roadside Assistance
8.2    Optional Wireless Phone Insurance

**9.0   WHAT OTHER TERMS AND CONDITIONS APPLY TO MY WIRELESS SERVICE?**
9.1    Intellectual Property
9.2    Severability
9.3    Assignment; Governing Law; English Language
       9.3.1  Assignment
       9.3.2  Governing Law
       9.3.3  English Language
9.4    Lifeline Services
9.5    Trial Services

**10.0  WHAT TERMS APPLY ONLY TO SPECIFIC STATES?**
10.1  California: What If There Are Unauthorized Charges Billed to My Device?
10.2  Connecticut: Questions About Your Service
10.3  Puerto Rico

<div align="center">**WIRELESS CUSTOMER AGREEMENT ("Agreement")**</div>

"AT&T" or "we," "us" or "our" refers to AT&T Mobility LLC, acting on behalf of its FCC-licensed affiliates doing business as AT&T. "You" or "your" refers to the person or entity that is the customer of record.

PLEASE READ THIS AGREEMENT CAREFULLY TO ENSURE THAT YOU UNDERSTAND EACH PROVISION, INCLUDING OUR USE OF YOUR LOCATION INFORMATION (SEE SECTION 3.6). THIS AGREEMENT REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS ACTIONS, AND ALSO LIMITS THE REMEDIES AVAILABLE TO YOU IN THE EVENT OF A DISPUTE.

This Agreement, including the AT&T Privacy Policy located at att.com/privacy, terms of service for wireless products, features, applications and services ("Services") not otherwise described herein that are posted on applicable AT&T websites or devices, and any documents expressly referred to herein or therein, makes up the complete agreement between you and AT&T and supersedes any and all prior agreements and understandings relating to the subject matter of this Agreement.

## 1.0   TERM COMMITMENT, CHARGES, BILLING AND PAYMENT

### 1.1   What Is the Term of My Service?

Your Agreement begins on the day we activate your Services and continues through the Term of Service specified on your Customer Service Summary ("Service Commitment"). AT THE END OF YOUR SERVICE COMMITMENT, THIS AGREEMENT WILL AUTOMATICALLY RENEW ON A MONTH-TO-MONTH BASIS.

### 1.2   What Happens If My Service Is Cancelled or Terminated Before the End of My Agreement? Is There a Cancellation/Early Termination Fee?

If you terminate your Agreement within three (3) days of accepting the Agreement, you will be entitled to a refund of your activation fee, if any, but you must return the Equipment purchased in connection with your Agreement.

You may terminate this Agreement, for any reason and without incurring the Early Termination Fee, within thirty (30) days of accepting your Agreement, PROVIDED you will remain responsible for any Services fees and charges incurred. If you purchase Equipment directly from AT&T in connection with your Agreement, but you terminate within 30 days and fail to return the Equipment to AT&T, you will be subject to an Equipment Fee in the maximum amount of the difference between the no-commitment price of the Equipment and the amount you actually paid for the Equipment. AT&T may charge you a restocking fee for any returned Equipment. Some dealers impose additional fees. iPhone returns are subject to a 10% restocking fee, except where prohibited.

You have received certain benefits from us in exchange for any Service Commitment greater than one month. If we terminate your Services for nonpayment or other default before the end of your Service Commitment, or if you terminate your Services for any reason other than (a) in accordance with the cancellation policy; or (b) pursuant to a change of terms, conditions or rates as set forth below, you agree to pay us with respect to each device identifier or telephone number assigned to you, in addition to all other amounts owed, an Early Termination Fee in the amount specified below ("Early Termination Fee"). If your Service Commitment includes the purchase of certain specified Equipment on or after June 1, 2010, the Early Termination Fee will be $325 minus $10 for each full month of your Service Commitment that you complete. (For a complete list of the specified Equipment, check att.com/equipmentETF.) Otherwise your Early Termination Fee will be $150 minus $4 for each full month of your Service Commitment that you complete. The Early Termination Fee is not a penalty, but rather a charge to compensate us for your failure to satisfy the Service Commitment on which your rate plan is based.

Either party may terminate this Agreement at any time after your Service Commitment ends with thirty (30) days notice to the other party. We may terminate this Agreement at

any time without notice if we cease to provide Services in your area. We may interrupt or terminate your Services without notice:

    1)  for any conduct that we believe violates this Agreement,

    2)  if you behave in an abusive, derogatory or similarly unreasonable manner with any of our representatives,

    3)  if we discover that you are underage,

    4)  if you fail to make all required payments when due,

    5)  if we have reasonable cause to believe that your Equipment is being used for an unlawful purpose or in a way that (i) is harmful to, interferes with or may adversely affect our Services or the network of any other provider, (ii) interferes with the use or enjoyment of Services received by others, (iii) infringes intellectual property rights, (iv) results in the publication of threatening or offensive material, or (v) constitutes spam or other abusive messaging or calling, a security risk or a violation of privacy,

    6)  if you provided inaccurate credit information, or

    7)  we believe your credit has deteriorated and you refuse to pay any requested advance payment or deposit.

If you sign a new Agreement before the end of your original Agreement, but terminate the new Agreement within 30 days as allowed above, the new Agreement will terminate, and you agree to be bound to the terms and conditions of your original Agreement, including any remaining Service Commitment.

### 1.3 Can AT&T Change My Terms and Rates?

We may change any terms, conditions, rates, fees, expenses, or charges regarding your Services at any time. We will provide you with notice of material changes (other than changes to governmental fees, proportional charges for governmental mandates, roaming rates or administrative charges) either in your monthly bill or separately. You understand and agree that State and Federal Universal Service Fees and other governmentally imposed fees, whether or not assessed directly upon you, may be increased based upon the government's or our calculations.

IF WE INCREASE THE PRICE OF ANY OF THE SERVICES TO WHICH YOU SUBSCRIBE, BEYOND THE LIMITS SET FORTH IN YOUR CUSTOMER SERVICE SUMMARY, OR IF WE MATERIALLY DECREASE THE GEOGRAPHICAL AREA IN WHICH YOUR AIRTIME RATE APPLIES (OTHER THAN A TEMPORARY DECREASE FOR REPAIRS OR MAINTENANCE), WE'LL DISCLOSE THE CHANGE AT LEAST ONE BILLING CYCLE IN ADVANCE (EITHER THROUGH A NOTICE WITH YOUR BILL, A TEXT MESSAGE TO YOUR DEVICE OR OTHERWISE), AND YOU MAY TERMINATE THIS AGREEMENT WITHOUT PAYING AN EARLY TERMINATION FEE OR RETURNING OR PAYING FOR ANY PROMOTIONAL ITEMS, PROVIDED YOUR NOTICE OF TERMINATION IS DELIVERED TO US WITHIN THIRTY (30) DAYS AFTER THE FIRST BILL REFLECTING THE CHANGE.

If you lose your eligibility for a particular rate plan, we may change your rate plan to one for which you qualify.

### 1.4 What Charges Am I Responsible For? How Much Time Do I Have to Dispute My Bill?

You are responsible for paying all charges for or resulting from Services provided under this Agreement, including any activation fee that may apply to each voice or data line. You will receive monthly bills that are due in full.

IF YOU DISPUTE ANY CHARGES ON YOUR BILL, YOU MUST NOTIFY US IN WRITING AT AT&T BILL DISPUTE, 1025 LENOX PARK BLVD, ATLANTA, GA 30319, WITHIN 100 DAYS OF THE DATE OF THE BILL, OR YOU'LL HAVE WAIVED YOUR RIGHT TO DISPUTE THE BILL AND TO PARTICIPATE IN ANY LEGAL ACTION RAISING SUCH DISPUTE.

Charges include, without limitation, airtime, roaming, recurring monthly service, activation, administrative, and late payment charges; regulatory cost recovery and other surcharges; optional feature charges; toll, collect call and directory assistance charges; restoral

and reactivation charges; any other charges or calls billed to your phone number; and applicable taxes and governmental fees, whether assessed directly upon you or upon AT&T. To determine your primary place of use ("PPU") and which jurisdiction's taxes and assessments to collect, you're required to provide us with your residential or business street address. If you don't provide us with such address, or if it falls outside our licensed Services area, we may reasonably designate a PPU within the licensed Services area for you. You must live and have a mailing address within AT&T's owned network coverage area.

### 1.5  How Does AT&T Calculate My Bill?

Usage and monthly fees will be billed as specified in your customer service summary or rate plan information online. If you do not receive your Equipment immediately upon ordering Services and/or your Equipment is shipped to you, your Services may be activated before your Equipment is delivered to you, so that you can use it promptly upon receipt. Thus, you may be charged for Services while your Equipment is still in transit. If you discover on your first bill that you have been charged for any days before receiving your Equipment, you may contact Customer Care 1-800-331-0500 to request a credit. Except as provided below, monthly Services and certain other charges are billed one month in advance, and there is no proration of such charges if Service is terminated on other than the last day of your billing cycle. Monthly Services and certain other charges are billed in arrears if you're a former customer of AT&T Wireless and maintain uninterrupted Service on select AT&T rate plans; however, if you elect to receive your bills for your Services combined with your wireline phone bill (where available), you will be billed in advance as provided above. You agree to pay for all Services used with your Device.

AIRTIME AND OTHER MEASURED USAGE ("CHARGEABLE TIME") ARE BILLED IN FULL-MINUTE INCREMENTS, AND ACTUAL AIRTIME AND USAGE ARE ROUNDED UP TO THE NEXT FULL-MINUTE INCREMENT AT THE END OF EACH CALL FOR BILLING PURPOSES. AT&T CHARGES A FULL MINUTE OF AIRTIME USAGE FOR EVERY FRACTION OF THE LAST MINUTE OF AIRTIME USED ON EACH WIRELESS CALL. UNLESS OTHERWISE PROVIDED IN YOUR PLAN, MINUTES WILL BE DEPLETED ACCORDING TO USAGE IN THE FOLLOWING ORDER: NIGHT & WEEKEND MINUTES, MOBILE TO MOBILE MINUTES, ANYTIME MINUTES AND ROLLOVER, EXCEPT THAT MINUTES THAT ARE PART OF BOTH A LIMITED PACKAGE AND AN UNLIMITED PACKAGE WILL NOT BE DEPLETED FROM THE LIMITED PACKAGE. Chargeable Time begins for outgoing calls when you press SEND (or similar key) and for incoming calls when a signal connection from the caller is established with our facilities. Chargeable Time ends after you press END (or similar key), but not until your wireless telephone's signal of call disconnect is received by our facilities and the call disconnect signal has been confirmed.

All outgoing calls for which we receive answer supervision or which have at least 30 seconds of Chargeable Time, including ring time, shall incur a minimum one-minute airtime charge. Answer supervision is generally received when a call is answered; however, answer supervision may also be generated by voicemail systems, private branch exchanges and interexchange switching equipment. Chargeable Time may include time for us to recognize that only one party has disconnected from the call, time to clear the channels in use and ring time. Chargeable Time may also occur from other uses of our facilities, including, by way of example, voicemail deposits and retrievals, and call transfers. Calls that begin in one rate period and end in another rate period may be billed in their entirety at the rates for the period in which the call began.

DATA TRANSPORT IS CALCULATED IN FULL-KILOBYTE INCREMENTS, AND ACTUAL TRANSPORT IS ROUNDED UP TO THE NEXT FULL-KILOBYTE INCREMENT AT THE END OF EACH DATA SESSION FOR BILLING PURPOSES. AT&T CALCULATES A FULL KILOBYTE OF DATA TRANSPORT FOR EVERY FRACTION OF THE LAST KILOBYTE OF DATA TRANSPORT USED ON EACH DATA SESSION. TRANSPORT IS BILLED EITHER BY THE KILOBYTE ("KB") OR MEGABYTE ("MB"). IF BILLED BY MB, THE FULL KBs CALCULATED FOR EACH DATA SESSION DURING THE BILLING PERIOD ARE TOTALED AND ROUNDED UP TO NEXT FULL-MB INCREMENT TO DETERMINE BILLING. IF BILLED BY KB, THE FULL KBs CALCULATED FOR EACH DATA SESSION DURING THE BILLING PERIOD ARE TOTALED TO DETERMINE BILLING. NETWORK OVERHEAD, SOFTWARE UPDATE REQUESTS, EMAIL NOTIFICATIONS AND

RESEND REQUESTS CAUSED BY NETWORK ERRORS CAN INCREASE MEASURED KILOBYTES. If you select a rate plan that includes a predetermined allotment of Services (for example, a predetermined amount of airtime, megabytes or messages), unless otherwise specifically provided as a part of such rate plan, any unused allotment of Services from one billing cycle will not carry over to any other billing cycle. We may bill you in a format as we determine from time to time. Additional charges may apply for additional copies of your bill, or for detailed information about your usage of Services.

Delayed Billing: Billing of usage for calls, messages, data or other Services (such as usage when roaming on other carriers' networks, including internationally) may occasionally be delayed. Such usage charges may appear in a later billing cycle, will be deducted from Anytime monthly minutes or other Services allotments for the month when the usage is actually billed and may result in additional charges for that month. Those minutes will be applied against your Anytime monthly minutes in the month in which the calls appear on your bill. You also remain responsible for paying your monthly Service fee if your Service is suspended for nonpayment. We may require payment by money order, cashier's check or a similarly secure form of payment at our discretion.

### 1.6  Are Advance Payments and/or Deposits Required?

We may require you to make deposits or advance payments for Services, which we may offset against any unpaid balance on your account. Interest won't be paid on advance payments or deposits unless required by law. We may require additional advance payments or deposits if we determine that the initial payment was inadequate. Based on your creditworthiness as we determine it, we may establish a credit limit and restrict Services or features. If your account balance goes beyond the limit we set for you, we may immediately interrupt or suspend Services until your balance is brought below the limit. Any charges you incur in excess of your limit become immediately due. If you have more than one account with us, you must keep all accounts in good standing to maintain Services. If one account is past due or over its limit, all accounts in your name are subject to interruption or termination and all other available collection remedies.

### 1.7  What if I Fail to Pay My AT&T Bill When it is Due?

Late payment charges are based on the state to which the area code of the wireless telephone number assigned to you is assigned by the North American Numbering Plan Administration. (For area code assignments, see nationalnanpa.com/area_code_maps.) You agree that for amounts not paid by the due date, AT&T may charge, as a part of its rates and charges, and you agree to pay, a late payment fee of $5 in CT, DC, DE, IL, KS, MA, MD, ME, MI, MO, NH, NJ, NY, OH, OK, PA, RI, VA, VT, WI, WV; the late payment charge is 1.5% of the balance carried forward to the next bill in all other states. In the event you fail to pay billed charges when due and it becomes necessary for AT&T to refer your account(s) to a third party for collection, AT&T will charge a collection fee at the maximum percentage permitted by applicable law, but not to exceed 18% to cover the internal collection-related costs AT&T has incurred on such account(s) through and including the date on which AT&T refer(s) the account(s) to such third party.

### 1.8  What Happens If My Check Bounces?

We'll charge you up to $30 (depending on applicable law) for any check or other instrument (including credit card charge-backs) returned unpaid for any reason.

### 1.9  Are There Business or Government Benefits?

You may receive or be eligible for certain rate plans, discounts, features, promotions and other benefits ("Benefits") through a business or government customer's agreement with us ("Business Agreement"). All such Benefits are provided to you solely as a result of the corresponding Business Agreement, and may be modified or terminated without notice.

If a business or government entity pays your charges or is otherwise liable for the charges, you authorize us to share your account information with it or its authorized agents. If you're on a rate plan and/or receive certain Benefits tied to a Business Agreement with us, but you're liable for your own charges, then you authorize us

to share enough account information with it or its authorized agents to verify your continuing eligibility for those Benefits.

You may receive Benefits because of your agreement to have the charges for your Services, billed ("Joint Billing") by a wireline company affiliated with AT&T ("Affiliate") or because you subscribe to certain services provided by an Affiliate. If you cancel Joint Billing or the Affiliate service, your rates will be adjusted without notice to a rate plan for which you qualify.

### 1.10 Who Can Access My Account and for What Purpose?

You authorize us to provide information about and to make changes to your account, including adding new Services, upon the direction of any person able to provide information we deem sufficient to identify you. You consent to the use by us or our authorized agents of regular mail, predictive or autodialing equipment, email, text messaging, facsimile or other reasonable means to contact you to advise you about our Services or other matters we believe may be of interest to you. In any event, we reserve the right to contact you by any means regarding customer service-related notifications, or other such information.

## 2.0   HOW DO I RESOLVE DISPUTES WITH AT&T?

### 2.1   Dispute Resolution by Binding Arbitration

**PLEASE READ THIS CAREFULLY. IT AFFECTS YOUR RIGHTS.**

Summary:

Most customer concerns can be resolved quickly and to the customer's satisfaction by calling our customer service department at 1-800-331-0500. In the unlikely event that AT&T's customer service department is unable to resolve a complaint you may have to your satisfaction (or if AT&T has not been able to resolve a dispute it has with you after attempting to do so informally), we each agree to resolve those disputes through binding arbitration or small claims court instead of in courts of general jurisdiction. Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court and is subject to very limited review by courts. Arbitrators can award the same damages and relief that a court can award. Any arbitration under this Agreement will take place on an individual basis; class arbitrations and class actions are not permitted. For any non-frivolous claim that does not exceed $75,000, AT&T will pay all costs of the arbitration. Moreover, in arbitration you are entitled to recover attorneys' fees from AT&T to at least the same extent as you would be in court.

In addition, under certain circumstances (as explained below), AT&T will pay you more than the amount of the arbitrator's award and will pay your attorney (if any) twice his or her reasonable attorney's fees if the arbitrator awards you an amount that is greater than what AT&T has offered you to settle the dispute.

### 2.2   Arbitration Agreement

(1) AT&T and you agree to arbitrate all disputes and claims between us. This agreement to arbitrate is intended to be broadly interpreted. It includes, but is not limited to:

- claims arising out of or relating to any aspect of the relationship between us, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory;
- claims that arose before this or any prior Agreement (including, but not limited to, claims relating to advertising);
- claims that are currently the subject of purported class action litigation in which you are not a member of a certified class; and
- claims that may arise after the termination of this Agreement.

References to "AT&T," "you" and "us" include our respective subsidiaries, affiliates, agents, employees, predecessors in interest, successors, and assigns, as well as all authorized or unauthorized users or beneficiaries of services or Devices under this or prior Agreements between us. Notwithstanding the foregoing, either party may bring an individual action in small claims court. This arbitration agreement does not preclude you from bringing issues to the attention of federal, state or local agencies, including, for example, the Federal Communications Commission. Such agencies can, if the law allows, seek relief against us on your behalf. You agree that, by entering into this Agreement, you and AT&T are each waiving the right to a trial by jury or to participate in a class action. This Agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. This arbitration provision shall survive termination of this Agreement.

(2) A party who intends to seek arbitration must first send to the other, by certified mail, a written Notice of Dispute ("Notice"). The Notice to AT&T should be addressed to: General Counsel, AT&T, 1025 Lenox Park Blvd., Atlanta, GA 30319 ("Notice Address"). The Notice must (a) describe the nature and basis of the claim or dispute; and (b) set forth the specific relief sought ("Demand"). If AT&T and you do not reach an agreement to resolve the claim within 30 days after the Notice is received, you or AT&T may commence an arbitration proceeding. During the arbitration, the amount of any settlement offer made by AT&T or you shall not be disclosed to the arbitrator until after the arbitrator determines the

amount, if any, to which you or AT&T is entitled. You may download or copy a form Notice and a form to initiate arbitration at att.com/arbitration-forms.

(3) After AT&T receives notice at the Notice Address that you have commenced arbitration, it will promptly reimburse you for your payment of the filing fee, unless your claim is for greater than $75,000. (The filing fee currently is $125 for claims under $10,000 but is subject to change by the arbitration provider. If you are unable to pay this fee, AT&T will pay it directly upon receiving a written request at the Notice Address.) The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes (collectively, "AAA Rules") of the American Arbitration Association ("AAA"), as modified by this Agreement, and will be administered by the AAA. The AAA Rules are available online at adr.org, by calling the AAA at 1-800-778-7879 or by writing to the Notice Address. (You may obtain information that is designed for non-lawyers about the arbitration process at att.com/arbitration-information.) The arbitrator is bound by the terms of this Agreement. All issues are for the arbitrator to decide, except that issues relating to the scope and enforceability of the arbitration provision are for the court to decide. Unless AT&T and you agree otherwise, any arbitration hearings will take place in the county (or parish) of your billing address. If your claim is for $10,000 or less, we agree that you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, through a telephonic hearing, or by an in-person hearing as established by the AAA Rules. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. Except as otherwise provided for herein, AT&T will pay all AAA filing, administration, and arbitrator fees for any arbitration initiated in accordance with the notice requirements above. If, however, the arbitrator finds that either the substance of your claim or the relief sought in the Demand is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all such fees will be governed by the AAA Rules. In such case, you agree to reimburse AT&T for all monies previously disbursed by it that are otherwise your obligation to pay under the AAA Rules. In addition, if you initiate an arbitration in which you seek more than $75,000 in damages, the payment of these fees will be governed by the AAA Rules.

(4) If, after finding in your favor in any respect on the merits of your claim, the arbitrator issues you an award that is greater than the value of AT&T's last written settlement offer made before an arbitrator was selected, then AT&T will:
- pay you the amount of the award or $10,000 ("the alternative payment"), whichever is greater; and
- pay your attorney, if any, twice the amount of attorneys' fees, and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration ("the attorney premium").

If AT&T did not make a written offer to settle the dispute before an arbitrator was selected, you and your attorney will be entitled to receive the alternative payment and the attorney premium, respectively, if the arbitrator awards you any relief on the merits. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of fees, expenses and the alternative payment and the attorney premium at any time during the proceeding and upon request from either party made within 14 days of the arbitrator's ruling on the merits.

(5) The right to attorneys' fees and expenses discussed in paragraph (4) supplements any right to attorneys' fees and expenses you may have under applicable law. Thus, if you would be entitled to a larger amount under the applicable law, this provision does not preclude the arbitrator from awarding you that amount. However, you may not recover duplicative awards of attorneys' fees or costs. Although under some laws AT&T may have a right to an award of attorneys' fees and expenses if it prevails in an arbitration, AT&T agrees that it will not seek such an award.

FMS TC T 0111 0180 E

(6) The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. YOU AND AT&T AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. Further, unless both you and AT&T agree otherwise, the arbitrator may not consolidate more than one person's claims and may not otherwise preside over any form of a representative or class proceeding. If this specific provision is found to be unenforceable, then the entirety of this arbitration provision shall be null and void.

(7) Notwithstanding any provision in this Agreement to the contrary, we agree that if AT&T makes any future change to this arbitration provision (other than a change to the Notice Address) during your Service Commitment, you may reject any such change by sending us written notice within 30 days of the change to the Arbitration Notice Address provided above. By rejecting any future change, you are agreeing that you will arbitrate any dispute between us in accordance with the language of this provision.

**3.0 TERMS RELATING TO YOUR DEVICE AND CONTENT**

### 3.1 My Device

You are responsible for all phones and other devices containing a SIM assigned to your account ("Devices"). Your Device must be compatible with, and not interfere with, our Services and must comply with all applicable laws, rules and regulations. We may periodically program your Device remotely with system settings for roaming service, to direct your Device to use network services most appropriate for your typical usage and other features that cannot be changed manually.

Devices purchased for use on AT&T's system are designed for use exclusively on AT&T's system ("Equipment"). You agree that you won't make any modifications to the Equipment or programming to enable the Equipment to operate on any other system. AT&T may, at its sole and absolute discretion, modify the programming to enable the operation of the Equipment on other systems.

If you bought a phone from AT&T, your phone may have been programmed with a SIM lock, which will prevent the phone from operating with other compatible wireless telephone carriers' services. If you wish to use the SIM-locked phone with the service of another wireless telephone carrier, you must enter a numeric Unlock Code to unlock the phone. AT&T will provide the Unlock Code upon request to eligible current and former customers, provided that (1) the customer has completed a minimum of 90 days of active service with AT&T, is in good standing with AT&T, and is current in his or her payments at the time of the request; (2) if applicable, any period of exclusivity associated with AT&T's sale of the handset has expired; and (3) AT&T has such code or can reasonably obtain it from the manufacturer. For phones sold with a Prepaid Plan, AT&T will provide the Unlock Code upon request to eligible current and former customers who provide a detailed receipt or other proof of purchase of the phone. iPhone and certain other devices are not eligible to be unlocked. For further details on eligibility requirements and for assistance on obtaining the Unlock Code for your handset, please call 1-800-331-0500 or visit an AT&T company store.

You are solely responsible for complying with U.S. Export Control laws and regulations and the import laws and regulations of foreign countries when traveling internationally with your Equipment.

### 3.2 Where and How Does AT&T Service Work?

AT&T does not guarantee availability of wireless network. Services may be subject to certain Device and compatibility/limitations, including memory, storage, network availability, coverage, accessibility and data conversion limitations. Services (including without limitation, eligibility requirements, plans, pricing, features and/or service areas) are subject to change without notice.

When outside AT&T's coverage area, access will be limited to information and applications previously downloaded to or resident on your device. Coverage areas vary between AT&T BroadbandConnect, EDGE and GPRS. AT&T BroadbandConnect is only available in select markets. See coverage map(s), available at store or from your sales representative, for details. AT&T BroadbandConnect download speeds are only available on the AT&T BroadbandConnect network.

Actual download speeds depend upon device characteristics, network, network availability and coverage levels, tasks, file characteristics, applications and other factors. Performance may be impacted by transmission limitations, terrain, in-building/in-vehicle use and capacity constraints.

### 3.3 What Information, Content and Applications Are Provided by Third Parties?

Certain information, applications or other content are provided by independently owned and operated content providers or service providers that are subject to change at any time without notice.

AT&T IS NOT A PUBLISHER OF THIRD-PARTY INFORMATION, APPLICATIONS OR OTHER

CONTENT AND IS NOT RESPONSIBLE FOR ANY OPINIONS, ADVICE, STATEMENTS OR OTHER INFORMATION, SERVICES OR GOODS PROVIDED BY THIRD PARTIES.

Third-party content or service providers may impose additional charges. Policies regarding intellectual property, privacy and other policies or terms of use may differ among AT&T's content or service providers, and you are bound by such policies or terms when you visit their respective sites or use their services. It is your responsibility to read the rules or service agreements of each content provider or service provider.

Any information you involuntarily or voluntarily provide to third parties is governed by their policies or terms. The accuracy, appropriateness, content, completeness, timeliness, usefulness, security, safety, merchantability, fitness for a particular purpose, transmission or correct sequencing of any application, information or downloaded data are not guaranteed or warranted by AT&T or any content providers or other third party. Delays or omissions may occur. Neither AT&T nor its content providers, service providers or other third parties shall be liable to you for any loss or injury arising out of or caused, in whole or in part, by your use of any information, application or content, or any information, application, or other content acquired through the Service.

You acknowledge that every business or personal decision, to some degree or another, represents an assumption of risk, and that neither AT&T nor its content and service providers or suppliers, in providing information, applications or other content or services, or access to information, applications or other content underwrites, can underwrite or assumes your risk in any manner whatsoever.

### 3.4  How Can I Get Mobile Content?
You understand that Devices can be used to acquire or purchase goods, content and services (including subscription plans) like ringtones, graphics, games, applications and news alerts from AT&T or other companies ("Content"). You understand that you are responsible for all authorized charges associated with such Content from any Device assigned to your account, that these charges will appear on your bill (including charges on behalf of other companies) and that such purchases can be restricted by using parental controls available from an AT&T salesperson, at att.com/wireless or by calling AT&T.

You have full-time access to your Content purchase transaction history on our website. You may contest charges and seek refunds for purchases with which you are not satisfied. AT&T reserves the right to restrict Content purchases or terminate the account of anyone who seeks refunds on improper grounds or otherwise abuses this Service.

Actual Content may vary based on the Device's capabilities. Content may be delivered in multiple messages. Content charges are incurred at the stated one-time download rate or subscription rate, plus a per-kilobyte or per-megabyte default pay-per-use charge for the Content transport when delivered, unless you have a data plan and such charges appear separately on your bill. You will be charged each time you download Content. Data Service charges apply.

### 3.5  Am I Responsible If Someone Makes a Purchase With My Device?
Except as otherwise provided in this Agreement, if your Device is used by others to make Content purchases, you are responsible for all such purchases. If this occurs, you are giving those other users your authority to:
   1) make Content purchases from those Devices, and to incur charges for those Content purchases that will appear on your bill;
   2) give consent required for that Content, including the consent to use that user's location information to deliver customized information to that user's Device; or
   3) make any representation required for that Content, including a representation of the user's age, if requested.

Usage by others can be restricted by use of parental controls or similar features. Visit att.com/smartlimits to learn more.

### 3.6 Can I Use Location-Based Services With My Device?

AT&T collects information about the approximate location of your Device in relation to our cell towers and the Global Positioning System (GPS). We use that information, as well as other usage and performance information also obtained from our network and your Device, to provide you with wireless voice and data services, and to maintain and improve our network and the quality of your wireless experience. We may also use location information to create aggregate data from which your personally identifiable information has been removed or obscured. Such aggregate data may be used for a variety of purposes such as vehicle traffic monitoring and research. It is your responsibility to notify users on your account that we may collect and use location information from Devices.

Your Device is also capable of using optional Content at your request or the request of a user on your account, offered by AT&T or third parties, that makes use of a Device's location information ("Location-Based Services"). Please review the terms and conditions and the associated privacy policy for each Location-Based Service to learn how the location information will be used and protected. The use of certain Location-Based Services or the disclosure of location information may be restricted by use of parental controls or similar features. Visit att.com/smartlimits to learn more.

Our directory assistance service (411) may use the location of a Device to deliver relevant customized 411 information based upon the user's request for a listing or other 411 service. By using this directory assistance service, the user is consenting to our use of that user's location information for such purpose. This location information may be disclosed to a third party to perform the directory assistance service and for no other purpose. Such location information will be retained only as long as is necessary to provide the relevant customized 411 information and will be discarded after such use. Please see our privacy policy at att.com/privacy for additional details.

### 3.7 What If My Device Is Lost or Stolen?

If your wireless Device is lost or stolen, you must contact us immediately to report the Device lost or stolen. You're not liable for charges you did not authorize, but the fact that a call was placed from your Device is evidence that the call was authorized. (California Customers, see section 10.1, "What Terms Apply Only to Specific States?") Once you report to us that the Device is lost or stolen, you will not be responsible for subsequent charges incurred by that Device.

You can report your Device as lost or stolen and suspend Services without a charge by contacting us at the phone number listed on your bill or at wireless.att.com. If there are charges on your bill for calls made after the Device was lost or stolen, but before you reported it to us, notify us of the disputed charges, and we will investigate. You may submit documents, statements and other information to show any charges were not authorized. You may be asked to provide information, and you may submit information to support your claim. We will advise you of the result of our investigation within 30 days. While your phone is suspended, you will remain responsible for complying with all other obligations under this Agreement, including, but not limited to, your monthly fee. We both have a duty to act in good faith in a reasonable and responsible manner, including in connection with the loss or theft of your Device.

**4.0    TERMS RELATING TO THE USE AND LIMITATIONS OF SERVICE**

4.1    What Are the Limitations on Service and Liability?

Unless prohibited by law, the following limitations of liability apply. Service may be interrupted, delayed or otherwise limited for a variety of reasons, including environmental conditions, unavailability of radio frequency channels, system capacity, priority access by National Security and Emergency Preparedness personnel in the event of a disaster or emergency, coordination with other systems, equipment modifications and repairs and problems with the facilities of interconnecting carriers. We may block access to certain categories of numbers (e.g., 976, 900 and international destinations) at our sole discretion.

Additional hardware, software, subscription, credit or debit card, Internet access from your compatible PC and/or special network connection may be required, and you are solely responsible for arranging for or obtaining all such requirements. Some solutions may require third-party products and/or services, which are subject to any applicable third-party terms and conditions and may require separate purchase from and/or agreement with the third-party provider. AT&T is not responsible for any consequential damages caused in any way by the preceding hardware, software or other items/requirements for which you are responsible.

Not all plans or Services are available for purchase or use in all sales channels, in all areas or with all devices. AT&T is not responsible for loss or disclosure of any sensitive information you transmit. AT&T's wireless services are not equivalent to wireline Internet. AT&T is not responsible for nonproprietary services or their effects on devices.

We may, but do not have the obligation to, refuse to transmit any information through the Services and may screen and delete information prior to delivery of that information to you. There are gaps in service within the Services areas shown on coverage maps, which, by their nature, are only approximations of actual coverage.

WE DO NOT GUARANTEE YOU UNINTERRUPTED SERVICE OR COVERAGE. WE CANNOT ASSURE YOU THAT IF YOU PLACE A 911 CALL, YOU WILL BE FOUND. AIRTIME AND OTHER SERVICE CHARGES APPLY TO ALL CALLS, INCLUDING INVOLUNTARILY TERMINATED CALLS. AT&T MAKES NO WARRANTY, EXPRESS OR IMPLIED, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, SUITABILITY, ACCURACY, SECURITY OR PERFORMANCE REGARDING ANY SERVICES, SOFTWARE OR GOODS, AND IN NO EVENT SHALL AT&T BE LIABLE, WHETHER OR NOT DUE TO ITS OWN NEGLIGENCE, for any:

(a) act or omission of a third party;

(b) mistakes, omissions, interruptions, errors, failures to transmit, delays or defects in the Services or Software provided by or through us;

(c) damage or injury caused by the use of Services, Software or Devices, including use in a vehicle;

(d) claims against you by third parties;

(e) damage or injury caused by a suspension or termination of Services or Software by AT&T; or

(f) damage or injury caused by failure or delay in connecting a call to 911 or any other emergency service.

Notwithstanding the foregoing, if your Service is interrupted for 24 or more continuous hours by a cause within our control, we will issue you, upon request, a credit equal to a pro-rata adjustment of the monthly Service fee for the time period your Service was unavailable, not to exceed the monthly Service fee. Our liability to you for Service failures is limited solely to the credit set forth above.

Unless prohibited by law, AT&T isn't liable for any indirect, special, punitive, incidental or consequential losses or damages you or any third party may suffer by use of, or inability to use, Services, Software, or Devices provided by or through AT&T, including loss of business or goodwill, revenue or profits, or claims of personal injuries.

To the full extent allowed by law, you hereby release, indemnify, and hold AT&T and its

officers, directors, employees and agents harmless from and against any and all claims of any person or entity for damages of any nature arising in any way from or relating to, directly or indirectly, service provided by AT&T or any person's use thereof (including, but not limited to, vehicular damage and personal injury), INCLUDING CLAIMS ARISING IN WHOLE OR IN PART FROM THE ALLEGED NEGLIGENCE OF AT&T, or any violation by you of this Agreement. This obligation shall survive termination of your Service with AT&T. AT&T is not liable to you for changes in operation, equipment or technology that cause your Device or Software to be rendered obsolete or require modification.

SOME STATES, INCLUDING THE STATE OF KANSAS, DON'T ALLOW DISCLAIMERS OF IMPLIED WARRANTIES OR LIMITS ON REMEDIES FOR BREACH. THEREFORE, THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU. THIS AGREEMENT GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE.

### 4.2 How Can I Use My AT&T Service?
All use of AT&T's wireless network and Services is governed by AT&T's Acceptable Use Policy, which can be found at att.com/AcceptableUsePolicy, as determined solely by AT&T. AT&T can revise its Acceptable Use Policy at any time without notice by updating this posting.

### 4.3 Who Is Responsible for Security?
AT&T DOES NOT GUARANTEE SECURITY. Data encryption is available with some, but not all, Services sold by AT&T. If you use your device to access company email or information, it is your responsibility to ensure your use complies with your company's internal IT and security procedures.

### 4.4 How Can I Use the Software?
The Software, interfaces, documentation, data and content provided for your Equipment as may be updated, downloaded or replaced by feature enhancements, software updates, system restore software or data generated or provided subsequently by AT&T (hereinafter "Software") is licensed, not sold, to you by AT&T and/or its licensors/suppliers for use only on your Equipment. Your use of the Software shall comply with its intended purposes as determined by us, all applicable laws and AT&T's Acceptable Use Policy at att.com/AcceptableUsePolicy.

You are not permitted to use the Software in any manner not authorized by this License. You may not (and you agree not to enable others to) copy, decompile, reverse engineer, disassemble, reproduce, attempt to derive the source code of, decrypt, modify, defeat protective mechanisms, combine with other software or create derivative works of the Software or any portion thereof. You may not rent, lease, lend, sell, redistribute, transfer or sublicense the Software or any portion thereof. You agree the Software contains proprietary content and information owned by AT&T and/or its licensors/suppliers.

AT&T and its licensors/suppliers reserve the right to change, suspend, terminate, remove, impose limits on the use or access to or disable access to the Software at any time without notice and will have no liability for doing so. You acknowledge AT&T's Software licensors/suppliers are intended third-party beneficiaries of this license, including the indemnification, limitation of liability, disclaimer of warranty provisions found in this Agreement.

### 4.5 How Can I Use Another Carrier's Network (Off-Net Usage)?

#### 4.5.1 Voice
If your use of minutes (including unlimited Services) on other carrier networks ("off-net voice usage") during any two consecutive months exceed your off-net voice usage allowance, AT&T may, at its option, terminate your Services, deny your continued use of other carriers' coverage or change your plan to one imposing usage charges for off-net voice usage. Your off-net voice usage allowance is equal to the lesser of 750 minutes or 40% of the Anytime Minutes included with your plan.

FMS TC T 0111 0180 E

### 4.5.2  Data

If your use of the Data Services on other carriers' wireless networks ("offnet data usage") during any month exceeds your offnet data usage allowance, AT&T may, at its option, terminate your access to Data Services, deny your continued use of other carriers' coverage or change your plan to one imposing usage charges for offnet data usage. Your offnet data usage allowance is equal to the lesser of 24 megabytes or 20% of the kilobytes included with your plan. You may be required to use a Device programmed with AT&T's preferred roaming database.

### 4.5.3  Messaging

If your use of messaging services (including unlimited Services) on other carriers' networks ("off-net messaging usage") during any two consecutive months exceeds your off-net messaging usage allowance, AT&T may, at its option, terminate your messaging service, deny your continued use of other carriers' coverage or change your plan to one imposing usage charges for off-net messaging usage. Your off-net messaging usage allowance is equal to the lesser of 3,000 messages or 50% of the messages included with your plan.

### 4.5.4  Notice

AT&T will provide notice that it intends to take any of the above actions, and you may terminate this Agreement.

### 4.6  How Do I Get Service Outside AT&T's Wireless Network (Roaming)?

Roaming charges for wireless data or voice Services may be charged with some plans when outside AT&T's wireless network. Services originated or received while outside your plan's included coverage area are subject to roaming charges. Use of Services when roaming is dependent upon roaming carrier's support of applicable network technology and functionality. Display on your device will not indicate whether you will incur roaming charges. Check with roaming carriers individually for support and coverage details.

Billing for domestic and international roaming usage may be delayed up to three billing cycles due to reporting between carriers. Substantial charges may be incurred if your phone is taken out of the U.S., even if no Services are intentionally used.

### 4.6.1  International Services

Certain eligibility restrictions apply which may be based on service tenure, payment history and/or credit. Rate are subject to change. For countries, rates and additional details, see att.com/global.

**4.6.1.1  International Roaming:** Compatible Device required. Your plan may include the capability to make and receive calls while roaming internationally. AT&T, in its sole discretion, may block your ability to use your Device while roaming internally until eligibility criteria are met. International roaming rates, which vary by country, apply for all calls placed or received while outside the United States, Puerto Rico and USVI. Please consult att.com/global or call 866-246-4852 for a list of currently available countries and carriers. All countries may not be available for roaming. All carriers within available countries may not be available on certain plans or packages. Availability, quality of covers and services while roaming are not guaranteed. When roaming internationally, you will be charged international roaming airtime rates including when incoming calls are routed to voicemail, even if no message is left. Taxes are additional. If you want to block the ability to make and receive calls or use data functions while roaming internally, you may request that by calling 1-916-843-4685 (at no charge from your wireless phone).

**4.6.1.2  International Data:** Many Devices, including iPhone transmit and receive data messages without user intervention and can generate unexpected charges when powered "on" outside the United States, Puerto Rico and USVI. AT&T may send "alerts" via SMS or email, to notify you of data usage. These are courtesy alerts. There is no guarantee you will receive them. They are not a guarantee of a particular bill limit. Receipt of Visual Voicemail messages are charged at international data pay-per-use rates unless customer has an international data plan, in which case receipt of Visual

Voicemail messages decrement Kilobytes included in such plan.

**4.6.1.3  Data Global Add-Ons and Global Messaging Plans:** Require that domestic data or messaging capability be in place. Rates apply only for usage within "roam zone" comprised of select carriers. Within the roam zone, overage rate applies if you exceed the MBs allotted for the Data Global Add-On Plan or the messages allotted for any Global Messaging Package. International roaming pay-per-use rates apply in countries outside the roam zone. See att.com/dataconnectglobal for current roam zone list. If you enroll after the beginning date of your billing cycle, the monthly charge and the data/message allotment included will be correspondingly reduced per day.

**4.6.1.4  Data Connect Global/North America Plans:** Do not include capability to place a voice call and require a 1 year agreement. For specific terms regarding international data plans, see Section 6.11.2 of the Wireless Customer Agreement.

**4.6.1.5  International Long Distance:** International rates apply for calls made and messages sent from the U.S. Puerto Rico and USVI to another country. Calling or messaging to some countries may not be available, Calls to wireless numbers and numbers for special services, such as Premium Rated Services, may cost more than calls to wireline numbers. If a customer calls an overseas wireline number and the call is forwarded to a wireless number, the customer will be charged for a call terminated to a wireless number. International Long Distance calling rates are charged per minute and apply throughout the same footprint in which the customer's airtime package minutes apply.

**4.6.1.6  International Long Distance Text, Picture & Video Messaging:** Additional charges apply for premium messages and content. Messages over 300 KBs are billed an additional 50¢/message. For a complete list of countries, please visit att.com/text2world.

**4.6.1.7  Cruise Ship Roaming:** Cruise ship roaming rates apply for calls placed or data used while on the ship.

**4.6.1.8  International Miscellaneous Export Restrictions:** You are solely responsible for complying with the U.S. Export Control laws and regulations, and the import laws and regulations of foreign countries when traveling internationally with your Device.

## 5.0 WHAT VOICE SERVICES DOES AT&T OFFER?

### 5.1 What Are the General Terms That Apply to All AT&T Voice Rate Plans?

You may obtain usage information by calling customer service or using one of our automated systems. **Pricing/Taxes/No Proration:** Prices do not include taxes, directory assistance, roaming, Universal Service Fees and other surcharges. Final month's charges are not prorated. **Activation Fees:** Activation Fee may apply for each new line. **Nights and Weekends:** Nights are 9:00 p.m. to 6:00 a.m. Weekends are 9:00 p.m. Friday to 6:00 a.m. Monday (based on time of day at the cell site or switch providing your Service). Included long distance calls can be made from the 50 United States, Puerto Rico and U.S. Virgin Islands to the 50 United States, Puerto Rico, U.S. Virgin Islands, Guam and Northern Mariana Islands. Roaming charges do not apply when roaming within the Services area of land-based networks of the 50 United States, Puerto Rico and U.S. Virgin Islands. Additional charges apply to Services used outside the land borders of the U.S., Puerto Rico and U.S. Virgin Islands.

### 5.2 Voicemail

Unless you subscribe to an Unlimited Voice Plan or are an upstate New York customer subscribing to Enhanced Voicemail, airtime charges apply to calls to your voicemail service, including calls where the caller does not leave a message, because the call has been completed, calls to listen to, send, reply to, or forward messages, or to perform other activities with your voicemail service, including calls forwarded from other phones to your voicemail service. You are solely responsible for establishing and maintaining security passwords to protect against unauthorized use of your voicemail service. For information as to the number of voicemail messages you can store, when voicemail messages will be deleted and other voicemail features, see att.com/wirelessvoicemail. We reserve the right to change the number of voicemails you can store, the length you can store voicemail messages, when we delete voicemail messages and other voicemail features without notice. We may deactivate your voicemail service if you do not initialize it within a reasonable period after activation. We will reactivate the service upon your request. See att.com/global for information about using voicemail internationally.

### 5.3 Voicemail-To-Text (VMTT)

AT&T is not responsible, nor liable for: 1) errors in the conversion of or its inability to transcribe voicemail messages to text/email; 2) lost or misdirected messages; or, 3) content that is unlawful, harmful, threatening, abusive, obscene, tortious or otherwise objectionable.

We do not filter, edit or control voice, text or email messages, or guarantee the security of messages. We can interrupt, restrict or terminate VMTT without notice, if your use of VMTT adversely impacts AT&T's network; for example, that could occur from abnormal calling patterns or an unusually large number of repeated calls and messages, or if your use is otherwise abusive, fraudulent or does not comply with the law.

You are solely responsible for and will comply with all applicable laws as to the content of any text messages or emails you receive from VMTT that you forward or include in a reply to any other person. You authorize AT&T or a third party working on AT&T's behalf to listen to, and transcribe all or part of a voicemail message and to convert such voicemail message into text/email, and to use voicemail messages and transcriptions to enhance, train and improve AT&T's speech recognition and transcription Services, Software and Equipment.

Charges for VMTT include the conversion of the voicemail message and the text message sent to your wireless device. Additional charges, however, may apply to receiving email on your wireless device from VMTT, as well as, replying to or forwarding VMTT messages via SMS (text) or email, depending on your plan.

SMS (text messaging) blocking is incompatible with VMTT. (If you do not have a texting plan on your handset, we add a texting pay-per-use feature when you add VMTT with text delivery.) If you are traveling outside the U.S. coverage area, you will incur international data charges for emails received from VMTT, as well as charges for emails you respond to or forward from VMTT, unless you have an international data plan and the usage falls within the plan's usage limits.

Transcription times cannot be guaranteed. Customers purchasing email delivery are responsible for providing a correct email address and updating the email address when changes to the email account are made.

If you choose SMS (text) delivery, VMTT only converts the first 480 characters of a voicemail message into text, and you will receive up to three text messages of a transcribed message. The transcription, therefore, may not include the entire voicemail message with SMS delivery. Adding VMTT will create a new voicemail box, and all messages and greetings will be deleted from your current voicemail box.

### 5.4 Unlimited Voice Services
Unlimited voice Services are provided primarily for live dialog between two individuals. If your use of unlimited voice Services for conference calling or call forwarding exceeds 750 minutes per month, AT&T may, at its option, terminate your Service or change your plan to one with no unlimited usage components.

Unlimited voice Services may not be used for monitoring services, data transmissions, transmission of broadcasts, transmission of recorded material or other connections that don't consist of uninterrupted live dialog between two individuals. If AT&T finds that you're using an unlimited voice Service offering for other than live dialog between two individuals, AT&T may, at its option, terminate your Service or change your plan to one with no unlimited usage components. AT&T will provide notice that it intends to take any of the above actions, and you may terminate the agreement.

### 5.5 Caller ID
Your caller identification information (such as your name and phone number) may be displayed on the Device or bill of the person receiving your call; technical limitations may, in some circumstances, prevent you from blocking the transmission of caller identification information. Contact customer service for information on blocking the display of your name and number. Caller ID blocking is not available when using Data Services, and your wireless number is transmitted to Internet sites you visit.

### 5.6 Rollover Minutes®
If applicable to your plan, Rollover Minutes accumulate and expire through 12 rolling bill periods. Bill Period 1 (activation) unused Anytime Minutes will not carry over. Bill Period 2 unused Anytime Minutes will begin to carry over. Rollover Minutes accumulated starting with Bill Period 2 will expire each bill period as they reach a 12-bill-period age. Rollover Minutes will also expire immediately upon default or if customer changes to a non-Rollover plan. If you change plans (including the formation of a FamilyTalk® plan), or if an existing subscriber joins your existing FamilyTalk plan, any accumulated Rollover Minutes in excess of your new plan or the primary FamilyTalk line's included Anytime Minutes will expire. Rollover Minutes are not redeemable for cash or credit and are not transferable. If you change to non-AT&T Unity℠ plans with Rollover Minutes (including the formation of a FamilyTalk plan), any accumulated Rollover Minutes in excess of your new non-AT&T Unity plan or the primary non-AT&T Unity FamilyTalk line's included Anytime Minutes will expire.

### 5.7 Mobile to Mobile Minutes
If applicable to your plan, Mobile to Mobile Minutes may be used when directly dialing or receiving calls from any other AT&T wireless phone number from within your calling area. Mobile to Mobile Minutes may not be used for interconnection to other networks. Calls to AT&T voicemail and return calls from voicemail are not included.

### 5.8 FamilyTalk Plan
If applicable to your plan, FamilyTalk may require up to a two-year Service Commitment for each line. FamilyTalk plans include only package minutes included with the primary number, and minutes are shared by the additional lines. The rate shown for additional minutes applies to all minutes in excess of the Anytime Minutes. FamilyTalk requires two lines. If the rate plan for the primary number is changed to an ineligible plan or the primary number is disconnected, one of the existing additional lines shall become the primary

number on the rate plan previously subscribed to by the former primary number; if only one line remains, it shall be converted to the closest single line rate.

### 5.9  A-List℠

A-List is available only with select Nation℠, FamilyTalk® and Unity plans. Nation plan and Individual Subscribers can place/receive calls to/from up to 5 (and FamilyTalk subscribers can place/receive calls to/from up to 10) wireline or wireless telephone numbers without being charged for airtime minutes. All qualifying lines on a FamilyTalk account share the same 10 A-List numbers. Only standard domestic wireline or wireless numbers may be added, and A-List is only for domestic calls. Directory assistance, 900 numbers, chat lines, pay-per-call numbers, customer's own wireless or Voice Mail access numbers, numbers for call routing services and call forwarding services from multiple phones, and machine-to-machine numbers are not eligible. Depending on the PBX system, a private telephone system often serving businesses, AT&T may not be able to determine if your selected PBX A-List number is calling/receiving calls from your wireless number, and airtime charges could apply. Forwarded calls will be billed based on the originating number, not the call forwarding number, and airtime charges may apply. Only voice calling is eligible. A-List number selections may only be managed online via MyWireless Account. Selected telephone numbers do not become active until 24 hours after added. AT&T reserves the right to block any A-List number and to reduce the amount of telephone numbers that can be used for A-List without notice. A-List is not eligible on Save/Promotional Plans.

### 5.10  AT&T Viva Mexico ("Mexico Plan") and AT&T Nation/FamilyTalk With Canada ("Canada Plan")

Certain eligibility requirements apply. Anytime Minutes and Night and Weekend Minutes between Mexico and your U.S. wireless coverage area if you subscribe to the Mexico Plan, or Canada and your U.S. wireless coverage area if you subscribe to the Canada Plan, will be treated for billing purposes as calls to and from your U.S. wireless coverage area.

Calls made from or received in Mexico and Canada cannot exceed your monthly off-net usage allowance (the lesser of 750 min./mo. or 40% of your Anytime Minutes/mo.) in any two consecutive months. Calls made from or received in Mexico and Canada will not qualify as Mobile to Mobile Minutes. Special rates apply for data usage in Mexico and Canada. International long distance text, instant, picture and video messaging rates apply to messaging from the U.S. to Mexico and Canada and international roaming rates apply when such messages are sent from Mexico and Canada.

International roaming charges apply when using voice and data Services outside Mexico and your U.S. wireless coverage area if you subscribe to the Mexico Plan, and Canada and your U.S. wireless coverage area if you subscribe to the Canada Plan. International long distance charges apply when calling to areas outside Mexico and your U.S. wireless coverage area if you subscribe to the Mexico Plan, and Canada and your U.S. wireless coverage area if you subscribe to the Canada Plan.

Anytime Minutes are primarily for live dialog between two people. You may not use your Services other than as intended by AT&T and applicable law. Plans are for individual, non-commercial use only and are not for resale. Unlimited Microcell Calling feature cannot be used on accounts with Viva Mexico and Nation Canada calling plans.

### 5.11  AT&T Unity and AT&T Unity-FamilyTalk® Plans Requirements

#### 5.11.1  Eligibility Requirements

AT&T local and wireless combined bill required. For residential customers, qualifying AT&T local plan from AT&T required. For business customers, qualifying AT&T local service plan required. Specific AT&T Services that qualify vary by location; see att.com or call 1-800-288-2020. Certain business accounts are not eligible for Unity plans. Discounts on any other combined-bill wireless plans will be lost if an AT&T Unity plan is added to your combined bill. If an existing wireless plan is upgraded to an AT&T Unity plan, all discounts and promotions will be lost when subscribing to that plan.

### 5.11.2  AT&T Unity Minutes

AT&T Unity Calling Minutes may be used when directly dialing or receiving calls from any other eligible AT&T wireline or wireless phone number from within your calling area. Calls to AT&T voicemail and return calls from voicemail not included. AT&T Unity Minutes are not included when checking usage for the current billing period.

### 5.12  VoiceDial Services

Regular airtime charges apply. Mobile to Mobile Minutes do not apply. Calls to 911, 411, 611, 711 and international dialing cannot be completed with VoiceDial Services. Caller ID cannot be blocked. Caller ID will be delivered on calls, even if you have permanently blocked your name and number. For complete terms and conditions, see att.com/voicedial.

**6.0   WHAT DATA AND MESSAGING SERVICES DOES AT&T OFFER?**

6.1   What Are the General Terms That Apply to All Data and Messaging Plans?
AT&T provides wireless Data and Messaging Services, including but not limited to, features that may be used with Data Services and wireless content and applications ("Data Services"). The absolute capacity of the wireless data network is limited. Accordingly, Data Services are only provided for prescribed purposes, and pricing for Data Services is device dependent and based on the transmit and receive capacity of each device.

On Data Services with a monthly megabyte (MB) or gigabyte (GB) allowance, once you exceed your monthly allowance, you will be automatically charged for overage as specified in the applicable rate plan information. All data allowances, including overages, must be used in the billing period in which the allowance is provided, or they will be forfeited.

A pricing plan designated for one type of device may not be used with another device. Compatible data-enabled wireless device required. An Activation Fee may apply for each data line.

The consumer data plan does not allow access to corporate email, company intranet sites and other business applications. Access to corporate email, company intranet sites and/or other business applications requires an applicable Enterprise Data plan. Enterprise Email requires an eligible data plan and Device. Terms may vary depending on selected Enterprise Email solution.

AT&T RESERVES THE RIGHT TO TERMINATE YOUR DATA SERVICES WITH OR WITHOUT CAUSE, INCLUDING WITHOUT LIMITATION, UPON EXPIRATION OR TERMINATION OF YOUR WIRELESS CUSTOMER AGREEMENT.

6.2   What Are the Intended Purposes of the Wireless Data Service?
Except as may otherwise be specifically permitted or prohibited for select data plans, data sessions may be conducted only for the following purposes: (i) Internet browsing; (ii) email; and (iii) intranet access (including access to corporate intranets, email, and individual productivity applications like customer relationship management, sales force, and field service automation). **While most common uses for Internet browsing, email and intranet access are permitted by your data plan, there are certain uses that cause extreme network capacity issues and interference with the network and are therefore prohibited. Examples of prohibited uses include, without limitation, the following: (i) server devices or host computer applications, including, but not limited to, Web camera posts or broadcasts, automatic data feeds, automated machine-to-machine connections or peer-to-peer (P2P) file sharing; (ii) as a substitute or backup for private lines, wirelines or full-time or dedicated data connections; (iii) "auto-responders," "cancel-bots," or similar automated or manual routines which generate excessive amounts of net traffic, or which disrupt net user groups or email use by others; (iv) "spam" or unsolicited commercial or bulk email (or activities that have the effect of facilitating unsolicited commercial email or unsolicited bulk email); (v) any activity that adversely affects the ability of other people or systems to use either AT&T's wireless services or other parties' Internet-based resources, including "denial of service" (DoS) attacks against another network host or individual user; (vi) accessing, or attempting to access without authority, the accounts of others, or to penetrate, or attempt to penetrate, security measures of AT&T's wireless network or another entity's network or systems; (vii) software or other devices that maintain continuous active Internet connections when a computer's connection would otherwise be idle or any "keep alive" functions, unless they adhere to AT&T's data retry requirements, which may be changed from time to time. This means, by way of example only, that checking email, surfing the Internet, downloading legally acquired songs, and/or visiting corporate intranets is permitted, but downloading movies using P2P file sharing services, redirecting television signals for viewing on Personal Computers, web**

**broadcasting, and/or for the operation of servers, telemetry devices and/or Supervisory Control and Data Acquisition devices is prohibited. Furthermore, plans (unless specifically designated for tethering usage) cannot be used for any applications that tether the device (through use of, including without limitation, connection kits, other phone/Smartphone to computer accessories, BLUETOOTH® or any other wireless technology) to Personal Computers (including without limitation, laptops), or other equipment for any purpose.** Accordingly, AT&T reserves the right to (i) deny, disconnect, modify and/or terminate Service, without notice, to anyone it believes is using the Service in any manner prohibited or whose usage adversely impacts its wireless network or service levels or hinders access to its wireless network, including without limitation, after a significant period of inactivity or after sessions of excessive usage and (ii) otherwise protect its wireless network from harm, compromised capacity or degradation in performance, which may impact legitimate data flows. You may not send solicitations to AT&T's wireless subscribers without their consent. You may not use the Services other than as intended by AT&T and applicable law. Plans are for individual, non-commercial use only and are not for resale. AT&T may, but is not required to, monitor your compliance, or the compliance of other subscribers, with AT&T's terms, conditions, or policies.

### 6.3  What Are the Voice and Data Plan Requirements?

A voice plan is required on all voice-capable Devices, unless specifically noted otherwise in the terms governing your plan.

An eligible tiered pricing data plan is required for certain Devices, including iPhones® and other designated Smartphones. Eligible voice and tiered pricing data plans cover voice and data usage in the U.S. and do not cover International voice and data usage and charges. If it is determined that you are using a voice-capable Device without a voice plan, or that you are using an iPhone or designated Smartphone without an eligible voice and tiered data plan, AT&T reserves the right to switch you to the required plan or plans and bill you the appropriate monthly fees. In the case of the tiered data plan, you will be placed on the data plan that provides you with the greatest monthly data usage allowance. If you determine that you do not require that much data usage in a month, you may request a lower data tier at a lower monthly recurring fee.

Quick Messaging device owners must subscribe to an unlimited messaging plan. If it is determined that you are using a Quick Messaging device without an unlimited messaging plan or combination of eligible messaging and data plans, AT&T reserves the right to add an unlimited messaging plan to your account and bill you the appropriate monthly fee.

### 6.4  How Does AT&T Calculate My Data Usage/Billing?

Data sent and received includes, but is not limited to, downloads, email, application usage, overhead and software update checks. Unless designated for International or Canada use, prices and included use apply to EDGE/GPRS and BroadbandConnect access and use on AT&T's wireless network and its affiliated partner wireless networks within the United States and its territories (Puerto Rico and the U.S. Virgin Islands), excluding areas within the Gulf of Mexico.

Usage on networks not owned by AT&T is limited as provided in your data plan. Charges will be based on the location of the site receiving and transmitting service and not the location of the subscriber. BroadbandConnect access requires a compatible, eligible 3G device.

Data Service charges paid in advance for monthly or annual Data Services are nonrefundable. Some Data Services may require an additional monthly subscription fee and/or be subject to additional charges and restrictions. Prices do not include taxes, directory assistance, roaming, Universal Service Fees or other surcharges.

In order to assess your usage during an applicable billing period, you may obtain approximate usage information by calling customer service or using one of our automated systems.

### 6.5 Text, Instant Messaging and Picture/Video Messaging

If you do not enroll in a monthly recurring plan for messaging, data or Video Share, you may have access to messaging, data, and video share services and be charged on a pay-per-use basis if you use those services.

Messages are limited to 160 characters per message. Premium text and picture/video messages are charged at their stated rates. Standard rates apply to all incoming messages when in the U.S. Different, non-standard per message charges apply to international messages sent from the U.S.

Text, Instant, Picture, and Video messages are charged when sent or received, whether read or unread, solicited or unsolicited. AT&T does not guarantee delivery of messages. Text, Instant, Picture and Video messages, including downloaded content, not delivered within 3 days will be deleted. AT&T reserves the right to change this delivery period as needed without notification.

You are charged for each part of messages that are delivered to you in multiple parts. Picture/Video Messaging, data plan and Text Messaging may need to be provisioned on an account in order to use Picture/Video Messaging. Some elements of Picture/Video messages may not be accessible, viewable or heard due to limitations on certain wireless phones, PCs or e-mail.

AT&T reserves the right to change the Picture/Video message size limit at any time without notification. Picture/Video Messaging pricing is for domestic messages only. When a single message is sent to multiple recipients, the sender is charged for one message for each recipient, and each recipient is charged for the message received.

Text message notifications may be sent to non-Picture/Video Messaging subscribers if they subscribe to Text Messaging. You may receive unsolicited messages from third parties as a result of visiting Internet sites, and a per-message charge may apply whether the message is read or unread, solicited or unsolicited.

You agree you will not use our messaging services to send messages that contain advertising or a commercial solicitation to any person or entity without their consent. You will have the burden of proving consent with clear and convincing evidence if a person or entity complains that you did not obtain their consent. Consent cannot be evidenced by third-party lists you purchased or obtained. You further agree you will not use our messaging service to send messages that: (a) are bulk messages; (b) are automatically generated; (c) can disrupt AT&T's network; (d) harass or threaten another person; (e) interfere with another customer's use or enjoyment of AT&T's Services; (f) generate significant or serious customer complaints; (g) falsify or mask the sender/originator of the message; or (h) violate any law or regulation. AT&T reserves the right, but is not obligated, to deny, disconnect, suspend, modify and/or terminate your messaging service or messaging services with any associated account(s), or to deny, disconnect, suspend, modify and/or terminate the account(s), without notice, as to anyone using messaging services in any manner that is prohibited. Our failure to take any action in the event of a violation shall not be construed as a waiver of the right to enforce such terms, conditions or policies. Advertising and commercial solicitations do not include messaging that: (a) facilitates, completes or confirms a commercial transaction where the recipient of such message has previously agreed to enter into with the sender of such message; or (b) provides account information, service or product information, warranty information, product recall information or safety or security information with respect to a commercial product or service used or purchased by the recipient of such message.

### 6.6 AT&T My Media CLUB

Your enrollment gives you the option to receive text messages each week on music trivia, news and more. Every 30 days your subscription will be automatically renewed and new credits added to your account which can be used to buy ringtones and graphics through the MEdia Mall. Music, Voice, Sound Effect Tones, polyphonic ringtones and graphics are

1 credit. Unused credits expire at the end of each 30-day period. The 30-day period is not necessarily equivalent to a calendar month end or the billing cycle. You may terminate your subscription at any time by texting the word "STOP" to 7225. Any remaining credits will be available for the remainder of your subscription billing cycle. Savings claim based on price of Music Tones. Ringtones and graphics provided by independent providers.

### 6.7   Mobile Email

Requires email account with compatible Internet service provider and a downloaded or preloaded e-mail application for the wireless device. Access and use of Mobile Email is billed by total volume of data sent and received (in kilobytes) in accordance with your data plan. Email attachments can not be sent, downloaded, read or forwarded on the mobile device. Only a paper clip icon appears indicating an attachment. You must view attachments from your PC. Upgrades to the application may be required in order to continue to use the Service. Wireless data usage charges will apply for downloading the application and any upgrades.

### 6.8   Mobile Video

3G Phone and unlimited data plan required. Service not available outside AT&T's 3G coverage area. Premium content is charged at stated monthly subscription rates or at stated pay-per-view rates. Content rotates and is subject to withdrawal. Mobile Video is for individual use, not for resale, commercial purposes or public broadcast. Content can only be displayed on the device screen. No content may be captured, downloaded, forwarded, duplicated, stored or transmitted. The content owner reserves and owns all content rights. All trademarks, service marks, logos and copyrights not owned by AT&T are the property of their owners. Some Mobile Video content is intended for mature audiences and may be inappropriate for younger viewers. Parental guidance suggested. Use Parental Controls to restrict access to mature content. Content may be provided by independent providers, and AT&T is not responsible for their content. Providers may collect certain information from your use for tracking and managing content usage.

### 6.9   Video Share

Video Share is not available in all areas. Video Share requires the sender and the receiver to have compatible features and to be in 3G coverage area. Both the sender and the receiver will be charged for any call minutes. Only the sender will incur Video Share usage charges. AT&T is not responsible for the content of any video.

### 6.10   AT&T Wi-Fi Services

AT&T Wi-Fi Service use with a Wi-Fi capable wireless device is subject to the Terms of Services & Acceptable Use Policy ("Terms") found at att.com/attwifitosaup. Your use represents your agreement to those Terms, incorporated herein by reference. AT&T Wi-Fi Basic Service is available at no additional charge to wireless customers with select Wi-Fi capable devices and a qualified data rate plan. Other restrictions may apply.

### 6.11   DataConnect Plans

#### 6.11.1   What Are the General Terms That Apply to All DataConnect Plans?

A voice plan is not required with DataConnect plans.

We may, at our discretion, suspend your account if we believe your data usage is excessive, unusual or is better suited to another rate plan. If you are on a data plan that does not include a monthly MB/GB allowance and additional data usage rates, you agree that AT&T has the right to impose additional charges if you use more than 5 GB in a month, provided that, prior to the imposition of any additional charges, AT&T shall provide you with notice, and you shall have the right to terminate your Data Service.

#### 6.11.2   Data Global Add-On/DataConnect Global Plans/DataConnect North America Plans

Available countries, coverage and participating International carriers included in the "Select International Roam Zone" and "Select Canada/Mexico Roam Zone" vary from our

FMS TC T 0111 0180 E

generally available Canada/International wireless data roam zones and may not be as extensive. The Select International Roam Zone is restricted to select International wireless carrier(s). Select Canada/Mexico Roam Zone is restricted to select wireless carrier(s) and coverage areas within Canada and Mexico. See att.com/dataconnectglobal for a current list of participating carriers and eligible roam zones. With respect to the countries included in the Select International Roam Zone, you will be restricted from accessing Data Service through any non-participating Canada/International wireless carriers that may otherwise be included in our generally available Canada and International wireless data roam zones. With the DataConnect North America Plan, you will be restricted from accessing Data Service through any non-participating Canada/Mexico wireless carriers that may otherwise be included in our generally available Canada and International wireless data roam zones.

DATA GLOBAL ADD-ON – May only be used with eligible Equipment. Domestic data usage not included. Qualified domestic wireless data plan required. If combined with a wireless voice plan that includes International voice roaming, your International wireless voice roaming in countries included in the Global Data Add-On's Select International Roam Zone will be limited to the participating Canada/International wireless carriers and you will be restricted from voice roaming through any non-participating Canada/International wireless carriers that may otherwise be included in our generally available Canada and International voice roam zones.

DATACONNECT GLOBAL/NORTH AMERICA PLANS – Requires minimum one-year Service Commitment, and you must remain on the plan, for a minimum one-year term. Voice access is restricted and prohibited.

### 6.11.3  Pooled DataConnect Plans

Pooled Data Connect Plans ("Pooled Plans") available only to customers with a qualified AT&T Business Agreement for wireless Services and their respective Corporate Responsibility Users ("CRUs"). Consolidated billing is required. WIN Advantage® may also be required. Within a single Foundation Account (FAN), Customer's CRUs on an eligible Pooled Plan aggregate or "pool" their included wireless data usage ("Included Usage"), creating a "Pool."

To pool together, each CRU in the Pool must subscribe to a Pooled Plan that has the same amount of Included Usage and the same Additional Kilobyte charge ("Similar Pooled Plan"). Every billing cycle, each CRU first uses his or her Included Usage. If a CRU does not use all his or her Included Usage, it creates an underage in the amount of unused kilobytes ("Under Usage"). If a CRU uses more than his or her Included Usage, it creates an overage with respect to kilobytes of data usage ("Over Usage"). The Pool's Under Usage kilobytes and Over Usage kilobytes are then aggregated respectively and compared. If the aggregate Under Usage kilobytes exceed the aggregate Over Usage kilobytes, then no CRU in the Pool pays Additional Kilobyte charges. If the aggregate Over Usage kilobytes exceeds the aggregate Under Usage kilobytes, then the ratio of Under Usage kilobytes to Over Usage kilobytes is applied to the data usage of each CRU in the Pool with Overage Usage, resulting in a monetary credit against the corresponding Additional Kilobyte charges.

For example, if a Pool has 900 Under Usage kilobytes and 1,000 Over Usage kilobytes (90%), then each CRU with Over Usage will receive a credit equal to 90% of his or her Additional Kilobyte charges. CRUs changing price points or migrating to Pooled Plans during a bill cycle may result in one-time prorations or other minor impacts to the credit calculation. Credits will only appear on WIN Advantage®. Customer may have more than one Pool within a FAN provided that Customer may only have one Pool for Similar Pooled Plans within a FAN; however, an individual CRU can only be in one Pool at a time.

AT&T reserves the right to limit the number of CRUs in a Pool due to business needs and system limitations. CRUs on Pooled Plans and CRUs participating in a legacy Pooled DataConnect plan pool created prior to February 17, 2006, ("Legacy Pool") cannot be in the same Pool but can be within the same FAN. End users on non-pooling AT&T plans may be included in the same FAN as CRUs on Pooled Plans; however these non-pooling end users will not receive the pooling benefits or contribute Included Usage to a Pool.

#### 6.11.4  AT&T DataConnect Pass

AT&T DataConnect Pass can only be used on AT&T's wireless network and cannot be used on another carrier's network, either domestic or international. Requires laptop or netbook with aircard/connect card capable of working on AT&T's wireless network; Internet access to sign-up; and a new SIM card. AT&T DataConnect Pass supports data usage only and does not support SMS, MMS or voice calls. Actual speed and coverage may vary. Time begins expiring immediately upon purchase, whether or not you are using the Service. Once your time expires or the allotted Megabytes are used, whichever occurs first, your data access will cease. AT&T may send alerts via SMS or email to notify you of usage and/or time remaining. These are courtesy alerts. There is no guarantee you will receive such alerts.

### 6.12  AT&T DataPlus℠/AT&T DataPro℠ Plans

#### 6.12.1    What Are the General Terms That Apply to All AT&T DataPlus/ AT&T DataPro?

Data Services sold for use with AT&T RIM BlackBerry® devices, and Smartphones may not be used with other devices, including but not limited to, personal computers, PC Data Cards and the like, either by tethering devices together, by SIM card transfer or any other means.

#### 6.12.2    AT&T DataPlus/AT&T DataPro Plans With Tethering

AT&T DataPlus/AT&T DataPro plans with Tethering may be used to tether such Smartphone and BlackBerry devices to a personal computer. If you are on a data plan that does not include a monthly megabyte allowance and additional data usage rates, the parties agree that AT&T has the right to impose additional charges if you use more than 5GB in a month. Prior to the imposition of any additional charges, AT&T shall provide you with notice and you shall have the right to terminate your Service.

#### 6.12.3  BlackBerry® Personal

Supports personal email access to up to 10 Internet email accounts. Users storing more than 1,000 emails or email older than 30 days may have some emails automatically deleted. May not be used to access corporate email such as BlackBerry Enterprise Server.

#### 6.12.4  BlackBerry Connect; BlackBerry Enterprise; BlackBerry International

Supports BlackBerry Enterprise Server™ for corporate access (valid Client Access License required), and personal email access to up to 10 Internet email accounts as per BlackBerry Personal. BlackBerry International requires a minimum one-year agreement.

### 6.13  GOOD Plan

Requires compatible Good Server and, as to each end user, a compatible Good Client Access License (CAL) for use with a qualifying AT&T data plan. Solution includes software, products and related services provided by Good Technology, Inc. ("Good"), which are subject to applicable Good terms and conditions. Good is solely responsible for all statements regarding, and technical support for, its software, products and services.

### 6.14  Microsoft Direct Push

Requires compatible Microsoft Exchange Server and, as to each end user, a compatible device, a Direct Push enabled email account and a qualifying AT&T Data Plan. Plans include end user customer support from AT&T for compatible devices. AT&T does not sell, supply, install or otherwise support Microsoft software, products or services (including without limitation, Exchange and Direct Push).

FMS TC T 0111 0180 E

**7.0   ARE THERE OTHER TERMS AND CONDITIONS THAT APPLY TO FEATURES AND APPLICATIONS?**

Terms and conditions for certain features and applications are provided on the Device at the time of feature/application activation or first use. Certain features/applications will not be available in all areas at all times.

**8.0 WHAT IS AT&T ROADSIDE ASSISTANCE AND OPTIONAL WIRELESS PHONE INSURANCE?**

8.1 <u>AT&T Roadside Assistance</u>

AT&T Roadside Assistance ("RA") is an optional feature that costs $2.99/month per enrolled phone and is automatically billed to the wireless account. Customers may cancel at any time. New RA customers get the first 30 days for free. To cancel RA without incurring charges, contact AT&T by dialing 611 from your wireless phone within the first 30 days. RA covers up to four events per year, with a maximum benefit of $50/event. Towing services are for mechanical problems only. RA service is provided by Asurion Roadside Assistance Services, LLC, a licensed motor club. Refer to the RA Welcome Kit for complete terms and conditions at wireless.att.com/learn/en_US/pdf/roadside_assistance.pdf.

8.2 <u>Optional Wireless Phone Insurance</u>

Customers have 30 days from the date of activation or upgrade to enroll. See a Wireless Phone Insurance brochure for complete terms and conditions of coverage, available at participating AT&T retail locations or by visiting att.com/wirelessphoneinsurance. Key terms include: Premium: $4.99/month. Non-refundable Deductible: from $50-$125/ per claim. Limits: 2 claims per 12 months, maximum replacement value of $1,500/ per claim. Replacements may be refurbished or of a different model. Cancel at any time for a prorated refund of the monthly charge. Wireless Phone Insurance is underwritten by Continental Casualty Company, a CNA company (CNA) and administered by Asurion Protection Services, LLC (Asurion Protection Services Insurance Agency, LLC CA Lic.#OD63161). Eligibility varies by device. Terms and conditions are subject to change.

**9.0   WHAT OTHER TERMS AND CONDITIONS APPLY TO MY WIRELESS SERVICE?**

### 9.1   Intellectual Property

You must respect the intellectual property rights of AT&T, our third-party content providers, and any other owner of intellectual property whose protected property may appear on any website and/or dialog box controlled by AT&T or accessed through the AT&T's websites. Except for material in the public domain, all material displayed in association with the Service is copyrighted or trademarked. Except for personal, non-commercial use, trademarked and copyrighted material may not be copied, downloaded, redistributed, modified or otherwise exploited, in whole or in part, without the permission of the owner. The RIM and BlackBerry® families of related marks, images and symbols are the exclusive properties and trademarks or registered trademarks of Research In Motion Limited, used by permission. Good, the Good logo and GoodLink are trademarks of Good Technology, Inc., in the United States and/or other countries. Good Technology, Inc., and its products and services are not related to, sponsored by, or affiliated with Research In Motion Limited. All other marks contained herein are the property of their respective owners.

© 2010 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. Apple® iPhone®: TM and © 2010 Apple Inc. All rights reserved. Apple is a trademark of Apple Inc., registered in the U.S. and other countries. iPhone is a trademark of Apple Inc.

### 9.2   Severability

If any provision of this Agreement is found to be unenforceable by a court or agency of competent jurisdiction, the remaining provisions will remain in full force and effect. The foregoing does not apply to the prohibition against class or representative actions that is part of the arbitration clause; if that prohibition is found to be unenforceable, the arbitration clause (but only the arbitration clause) shall be null and void.

### 9.3   Assignment; Governing Law; English Language

#### 9.3.1   Assignment

AT&T may assign this Agreement, but you may not assign this Agreement without our prior written consent.

#### 9.3.2   Governing Law

The law of the state of your billing address shall govern this Agreement except to the extent that such law is preempted by or inconsistent with applicable federal law. In the event of a dispute between us, the law of the state of your billing address at the time the dispute is commenced, whether in litigation or arbitration, shall govern except to the extent that such law is preempted by or inconsistent with applicable federal law.

#### 9.3.3   English Language

The original version of this Agreement is in the English language. Any discrepancy or conflicts between the English version and any other language version will be resolved with reference to and by interpreting the English version.

### 9.4   Lifeline Services

As part of a federal government program, AT&T offers discounted wireless service to qualified low-income residents in selected states. For questions or to apply for Lifeline service, call 1-800-377-9450. Puerto Rico customers should contact 1-787-405-5463. For tips on how to protect against fraud, please visit the CPUC's website at CalPhoneInfo.com.

### 9.5   Trial Services

Trial Services are subject to the terms and conditions of this Agreement; may have limited availability; and may be withdrawn at any time.

**10.0  WHAT TERMS APPLY ONLY TO SPECIFIC STATES?**

10.1  California: What If There Are Unauthorized Charges Billed to My Device?

You are not liable for charges you did not authorize, but the fact that a call was placed from your Device is evidence that the call was authorized. You may submit documents, statements and other information to show any charges were not authorized. Unauthorized charges may include calls made to or from your phone or other Device after it was lost or stolen.

If you notify us of any charges on your bill that you claim are unauthorized, we will investigate. We will advise you of the result of our investigation within 30 days. If you do not agree with the outcome, you may file a complaint with the California Public Utilities Commission, and you may have other legal rights. While an investigation is underway, you do not have to pay any charges you dispute or associated late charges, and we will not send the disputed amount to collection or file an adverse credit report about it.

10.2  Connecticut: Questions About Your Service

If you have any questions or concerns about your AT&T Service, please call Customer Care at 1-800-331-0500, dial 611 from your wireless phone or visit att.com/wireless. If you have questions about the Unlimited Local or Unlimited Long Distance Service, please call 1-800-288-2020 or visit att.com. If you are a Connecticut customer and we cannot resolve your issue, you have the option of contacting the Department of Public Utility Control (DPUC). Online: state.ct.us/dpuc; Phone: 1-866-381-2355; Mail: Connecticut DPUC, 10 Franklin Square, New Britain, CT 06051.

10.3  Puerto Rico

If you are a Puerto Rico customer and we cannot resolve your issue, you may notify the Telecommunications Regulatory Board of Puerto Rico of your grievance. Mail: 500 Ave Roberto H. Todd, San Juan, Puerto Rico 00907-3981; Phone: 1-787-756-0804 or 1-866-578-5500; Online: jrtpr.gobierno.pr, in addition to using binding arbitration or small claims court to resolve your dispute.

**ENTERPRISE CUSTOMERS:**
**ADDITIONAL SERVICE AND EQUIPMENT-RELATED TERMS**
**TABLE OF CONTENTS**

## 1.0 TERMS RELATING TO YOUR DEVICE AND CONTENT

    1.1  My Device
    1.2  Where and How Does AT&T Service Work?
    1.3  What Information, Content and Applications Are Provided by Third Parties?
    1.4  How Can I Get Mobile Content?
    1.5  Am I Responsible If Someone Makes a Purchase With My Device?
    1.6  Can I Use Location-Based Services With My Device?

## 2.0 TERMS RELATING TO THE USE AND LIMITATIONS OF SERVICE

    2.1  What Are the Limitations on Service and Liability?
    2.2  How Can I Use My AT&T Service?
    2.3  Who Is Responsible for Security?
    2.4  How Can I Use the Software?
    2.5  How Can I Use Another Carrier's Network (Off-Net Usage)?
        2.5.1  Voice
        2.5.2  Data
        2.5.3  Messaging
        2.5.4  Notice
    2.6  How Do I Get Service Outside AT&T's Wireless Network (Roaming)?
        2.6.1    International Services
               2.6.1.1  International Roaming
               2.6.1.2  International Data
               2.6.1.3  Data Global Add-Ons and Global Messaging Plans
               2.6.1.4  Data Connect Global/North America Plans
               2.6.1.5  International Long Distance
               2.6.1.6  International Long Distance Text, Picture & Video Messaging
               2.6.1.7  Cruise Ship Roaming
               2.6.1.8  International Miscellaneous

## 3.0 WHAT VOICE SERVICES DOES AT&T OFFER?

    3.1  What Are the General Terms That Apply to All AT&T Voice Rate Plans?
    3.2  Voicemail
    3.3  Voicemail-to-Text (VMTT)
    3.4  Unlimited Voice Services
    3.5  Caller ID
    3.6  Rollover Minutes®
    3.7  Mobile to Mobile Minutes
    3.8  FamilyTalk® Plan
    3.9  A-List℠ for Business
    3.10  AT&T Viva Mexico ("Mexico Plan") and AT&T Nation/FamilyTalk® With Canada ("Canada Plan")
    3.11  AT&T Unity and AT&T Unity-FamilyTalk® Plans Requirements
        3.11.1   Eligibility Requirements
        3.11.2   AT&T Unity Minutes
    3.12  VoiceDial Services

## 4.0 WHAT DATA AND MESSAGING SERVICES DOES AT&T OFFER?

4.1   What Are the General Terms That Apply to All Data and Messaging Plans?
4.2   What Are the Intended Purposes of the Wireless Data Service?
4.3   What Are the Voice And Data Plan Requirements?
4.4   How Does AT&T Calculate My Data Usage/Billing?
4.5   Text, Instant Messaging and Picture/Video Messaging
4.6   AT&T My Media CLUB
4.7   Mobile Email
4.8   Mobile Video
4.9   Video Share
4.10  AT&T Wi-Fi Services
4.11  DataConnect Plans
        4.11.1  What Are the General Terms That Apply to All DataConnect Plans?
        4.11.2  Data Global Add-On/DataConnect Global Plans/DataConnect
                  North America Plans
        4.11.3  Pooled DataConnect Plans
        4.11.4  AT&T Data Connect Pass
4.12  AT&T DataPlus℠/AT&T DataPro℠ Plans
        4.12.1  What Are the General Terms That Apply to All AT&T DataPlus/AT&T
                  DataPro Plans?
        4.12.2  AT&T DataPlus/AT&T DataPro Plans With Tethering
        4.12.3  BlackBerry Personal
        4.12.4  BlackBerry Connect; BlackBerry Enterprise; BlackBerry International
4.13  GOOD Plan
4.14  Microsoft Direct Push

**5.0  ARE THERE ADDITIONAL TERMS AND CONDITIONS THAT APPLY TO
       OTHER PLANS, FEATURES, PROMOTIONS, APPLICATIONS AND OFFERS
       AVAILABLE TO ENTERPRISE CUSTOMERS?**

**6.0  WHAT ARE AT&T ROADSIDE ASSISTANCE AND OPTIONAL WIRELESS
       PHONE INSURANCE?**

6.1   AT&T Roadside Assistance
6.2   Optional Wireless Phone Insurance

**7.0  WHAT OTHER TERMS AND CONDITIONS APPLY TO MY WIRELESS SERVICE?**

7.1   Intellectual Property
7.2   Trial Services

**ENTERPRISE CUSTOMERS: ADDITIONAL SERVICE AND SERVICE AND EQUIPMENT-RELATED TERMS**

"AT&T" or "we," "us" or "our" refers to AT&T Mobility LLC, acting on behalf of its FCC-licensed affiliates doing business as AT&T. "You" or "your", "my" or "I" refers to the person or entity that is the customer of record and/or its Corporate Responsibility Users ("CRUs"), as appropriate.

PLEASE READ THESE TERMS OF SERVICE CAREFULLY TO ENSURE THAT YOU UNDERSTAND EACH PROVISION, INCLUDING OUR USE OF YOUR LOCATION INFORMATION (SEE SECTION 1.6).

This document, including the AT&T Privacy Policy located at att.com/privacy, the terms of service for wireless products, features, applications and services ("Services") not otherwise described herein that are posted on applicable AT&T websites or devices or contained in AT&T printed materials, and any documents expressly referred to herein or therein, constitutes "Sales Information" under your service agreement with us ("Enterprise Agreement") and are incorporated by reference therein.

## 1.0  TERMS RELATING TO YOUR DEVICE AND CONTENT

### 1.1  My Device

You are responsible for all phones and other devices containing a SIM assigned to your account ("Devices"). Your Device must be compatible with, and not interfere with, our Services and must comply with all applicable laws, rules and regulations. We may periodically program your Device remotely with system settings for roaming service, to direct your Device to use network services most appropriate for your typical usage, and other features that cannot be changed manually.

Devices purchased for use on AT&T's system are designed for use exclusively on AT&T's system. You agree that you won't make any modifications to such Device or programming to enable such Device to operate on any other system. AT&T may, at its sole and absolute discretion, modify the programming to enable the operation of such Device on other systems.

You are solely responsible for complying with U.S. Export Control laws and regulations and the import laws and regulations of foreign countries when traveling internationally with your Device.

### 1.2  Where and How Does AT&T Service Work?

AT&T does not guarantee availability of wireless network. Services may be subject to certain Device and compatibility/limitations, including memory, storage, network availability, coverage, accessibility and data conversion limitations. Services (including without limitation, eligibility requirements, plans, pricing, features and/or service areas) are subject to change without notice.
When outside AT&T's coverage area, access will be limited to information and applications previously downloaded to or resident on your device. Coverage areas vary between AT&T BroadbandConnect, EDGE and GPRS. AT&T BroadbandConnect is only available in select markets. See coverage map(s), available at store or from your sales representative, for details. AT&T BroadbandConnect download speeds are only available on the AT&T BroadbandConnect network.

Actual download speeds depend upon device characteristics, network, network availability and coverage levels, tasks, file characteristics, applications and other factors. Performance may be impacted by transmission limitations, terrain, in-building/in-vehicle use and capacity constraints.

### 1.3  What Information, Content and Applications Are Provided by Third Parties?

Certain information, applications or other content are provided by independently owned and operated content providers or service providers that are subject to change at any time without notice.

AT&T IS NOT A PUBLISHER OF THIRD-PARTY INFORMATION, APPLICATIONS OR OTHER CONTENT AND IS NOT RESPONSIBLE FOR ANY OPINIONS, ADVICE, STATEMENTS OR OTHER INFORMATION, SERVICES OR GOODS PROVIDED BY THIRD PARTIES.

Third-party content or service providers may impose additional charges. Policies regarding intellectual property, privacy and other policies or terms of use may differ among AT&T's content or service providers, and you are bound by such policies or terms when you visit their respective sites or use their services. It is your responsibility to read the rules or service agreements of each content provider or service provider.

Any information you involuntarily or voluntarily provide to third parties is governed by their policies or terms. The accuracy, appropriateness, content, completeness, timeliness, usefulness, security, safety, merchantability, fitness for a particular purpose, transmission or correct sequencing of any application, information or downloaded data are not guaranteed or warranted by AT&T or any content providers or other third party. Delays or omissions may occur. Neither AT&T nor its content providers, service providers or other third parties shall be liable to you for any loss or injury arising out of or caused, in whole or in part, by your use of any information, application or content, or any information, application or other content acquired through the Service.

You acknowledge that every business or personal decision, to some degree or another, represents an assumption of risk, and that neither AT&T nor its content and service providers or suppliers, in providing information, applications or other content or services, or access to information, applications or other content underwrites, can underwrite or assumes your risk in any manner whatsoever.

### 1.4  How Can I Get Mobile Content?

You understand that Devices can be used to acquire or purchase goods, content and services (including subscription plans) like ringtones, graphics, games, applications and news alerts from AT&T or other companies ("Content"). You understand that you are responsible for all authorized charges associated with such Content from any Device assigned to your account, that these charges will appear on your bill (including charges on behalf of other companies) and that such purchases can be restricted by using parental controls or similar features available from an AT&T salesperson, at att.com/wireless, or by calling AT&T.

Actual Content may vary based on the Device capabilities. Content may be delivered in multiple messages. Content charges are incurred at the stated one-time download rate or subscription rate, plus a per-kilobyte or per-megabyte default pay-per-use charge for the Content transport when delivered, unless you have a data plan and such charges appear separately on your bill. You will be charged each time you download Content. Data Service charges apply.

### 1.5  Am I Responsible If Someone Makes a Purchase With My Device?

Except as otherwise provided in these terms of service, if your Device is used by others to make Content purchases, you are responsible for all such purchases. If this occurs, you are giving those other users your authority to:

1) make Content purchases from those Devices, and to incur charges for those Content purchases that will appear on your bill;
2) give consent required for that Content, including the consent to use that user's location information to deliver customized information to that user's Device; or
3) make any representation required for that Content, including a representation of the user's age, if requested.

Usage by others can be restricted by use of parental controls or similar features. Visit att.com/smartlimits to learn more.

### 1.6   Can I Use Location-Based Services With My Device?

AT&T collects information about the approximate location of your Device in relation to our cell towers and the Global Positioning System (GPS). We use that information, as well as other usage and performance information also obtained from our network and your Device, to provide you with wireless voice and data services, and to maintain and improve our network and the quality of your wireless experience. We may also use location information to create aggregate data from which your personally identifiable information has been removed or obscured. Such aggregate data may be used for a variety of purposes such as scientific and marketing research and services such as vehicle traffic volume monitoring. It is your responsibility to notify users on your account that we may collect and use location information from Devices.

Your Device is also capable of using optional Content at your request or the request of a user on your account, offered by AT&T or third parties that make use of a Device's location information ("Location-Based Services"). Please review the terms and conditions and the associated privacy policy for each Location-Based Service to learn how the location information will be used and protected. For more information on Location-Based Services, please visit att.com/privacypolicy.

Our directory assistance service (411) may use the location of a Device to deliver relevant customized 411 information based upon the user's request for a listing or other 411 service. By using this directory assistance service, the user is consenting to our use of that user's location information for such purpose. This location information may be disclosed to a third party to perform the directory assistance service and for no other purpose. Such location information will be retained only as long as is necessary to provide the relevant customized 411 information and will be discarded after such use. Please see our privacy policy at att.com/privacy for additional details.

**2.0 TERMS RELATING TO THE USE AND LIMITATIONS OF SERVICE**

### 2.1 What Are the Limitations on Service and Liability?

Additional hardware, software, subscription, credit or debit card, Internet access from your compatible PC and/or special network connection may be required, and you are solely responsible for arranging for or obtaining all such requirements. Some solutions may require third-party products and/or services, which are subject to any applicable third-party terms and conditions and may require separate purchase from and/or agreement with the third-party provider. AT&T is not responsible for any consequential damages caused in any way by the preceding hardware, software or other items/requirements for which you are responsible.

Not all plans or Services are available for purchase or use in all sales channels, in all areas or with all devices. AT&T is not responsible for loss or disclosure of any sensitive information you transmit. AT&T's wireless services are not equivalent to wireline Internet. AT&T is not responsible for nonproprietary services or their effects on devices.

We may, but do not have the obligation to, refuse to transmit any information through the Services and may screen and delete information prior to delivery of that information to you. There are gaps in service within the Services areas shown on coverage maps, which, by their nature, are only approximations of actual coverage.

WE DO NOT GUARANTEE YOU UNINTERRUPTED SERVICE OR COVERAGE. WE CANNOT ASSURE YOU THAT IF YOU PLACE A 911 CALL, YOU WILL BE FOUND. AIRTIME AND OTHER SERVICE CHARGES APPLY TO ALL CALLS, INCLUDING INVOLUNTARILY TERMINATED CALLS. AT&T MAKES NO WARRANTY, EXPRESS OR IMPLIED, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, SUITABILITY, ACCURACY, SECURITY OR PERFORMANCE REGARDING ANY SERVICES, SOFTWARE OR GOODS.

### 2.2 How Can I Use My AT&T Service?

All use of AT&T's wireless network and Services is governed by AT&T's Acceptable Use Policy, which can be found at att.com/AcceptableUsePolicy, as determined solely by AT&T. AT&T can revise its Acceptable Use Policy at any time without notice by updating this posting.

### 2.3 Who Is Responsible for Security?

AT&T DOES NOT GUARANTEE SECURITY. Data encryption is available with some, but not all, Services sold by AT&T. If you use your device to access company email or information, it is your responsibility to ensure your use complies with your company's internal IT and security procedures.

### 2.4 How Can I Use the Software?

The pre-installed/embedded software, interfaces, documentation, data and Content provided on any Device purchased and designed for use exclusively on AT&T's system as may be updated, downloaded or replaced by feature enhancements, software updates, system restore software or data generated or provided subsequently by AT&T (hereinafter "Software") is licensed, not sold, to you by AT&T and/or its licensors/suppliers for use only on such Device. Your use of the Software shall comply with its intended purposes as determined by us, all applicable laws and AT&T's Acceptable Use Policy at att.com/AcceptableUsePolicy. For the avoidance of doubt, Software does not include any AT&T or third-party software sold separately to you by AT&T.

You are not permitted to use the Software in any manner not authorized by this license. You may not (and you agree not to enable others to) copy, decompile, reverse engineer, disassemble, reproduce, attempt to derive the source code of, decrypt, modify, defeat protective mechanisms, combine with other software or create derivative works of the Software or any portion thereof. You may not rent, lease, lend, sell, redistribute, transfer or sublicense the Software or any portion thereof. You agree the Software contains proprietary content and information owned by AT&T and/or its licensors/suppliers.

AT&T and its licensors/suppliers reserve the right to change, suspend, terminate, remove, impose limits on the use or access to, or disable access to, the Software at any time

without notice and will have no liability for doing so. You acknowledge AT&T's Software licensors/suppliers are intended third-party beneficiaries of this license, including the indemnification, limitation of liability and disclaimer of warranty provisions found in your Enterprise Agreement.

### 2.5 How Can I Use Another Carrier's Network (Off-Net Usage)?

#### 2.5.1 Voice
If your use of minutes (including unlimited Services) on other carrier networks ("off-net voice usage") during any two consecutive months exceed your off-net voice usage allowance, AT&T may, at its option, terminate your Services, deny your continued use of other carriers' coverage or change your plan to one imposing usage charges for off-net voice usage. Your off-net voice usage allowance is equal to the lesser of 750 minutes or 40% of the Anytime Minutes included with your plan.

#### 2.5.2 Data
If your use of the Data Services on other carriers' wireless networks ("off-net data usage") during any month exceeds your off-net data usage allowance, AT&T may at its option terminate your access to Data Services, deny your continued use of other carriers' coverage or change your plan to one imposing usage charges for off-net data usage. Your off-net data usage allowance is equal to the lesser of 24 megabytes or 20% of the kilobytes included with your plan. You may be required to use a Device programmed with AT&T's preferred roaming database.

#### 2.5.3 Messaging
If you use messaging services (including unlimited Services) on other carrier networks ("off-net messaging usage") during any two consecutive months exceed your off-net messaging usage allowance, AT&T may, at its option, terminate your messaging service, deny your continued use of other carriers' coverage or change your plan to one imposing usage charges for off-net messaging usage. Your off-net messaging usage allowance is equal to the lesser of 3,000 messages or 50% of the messages included with your plan.

#### 2.5.4 Notice
AT&T will provide notice that it intends to take any of the above actions, and you may terminate the CRU's service.

### 2.6 How Do I Get Service Outside AT&T's Wireless Network (Roaming)?
Roaming charges for wireless data or voice Services may be charged with some plans when outside AT&T's wireless network. Services originated or received while outside your plan's included coverage area are subject to roaming charges. Use of Services when roaming is dependent upon roaming carrier's support of applicable network technology and functionality. Display on your device will not indicate whether you will incur roaming charges. Check with roaming carriers individually for support and coverage details.

Billing for domestic and international roaming usage may be delayed up to three billing cycles due to reporting between carriers. Substantial charges may be incurred if your phone is taken out of the U.S. even if no Services are intentionally used.

#### 2.6.1 International Services
Certain eligibility restrictions apply which may be based on service tenure, payment history and/or credit. Rates are subject to change. For countries, rates and additional details, see att.com/global.

##### 2.6.1.1 International Roaming: Compatible Device required. Your plan may include the capability to make and receive calls while roaming internationally. AT&T, in its sole discretion, may block your ability to use your Device while roaming internationally until eligibility criteria are met. International roaming rates, which vary by country, apply for all calls placed or received while outside the United States, Puerto Rico and U.S.V.I. Please consult att.com/global or call 866-246-4852 for a list of currently available

countries and carriers. All countries may not be available for roaming. All carriers within available countries may not be available on certain plans or packages. Availability, quality of coverage and services while roaming are not guaranteed. When roaming internationally, you will be charged international roaming airtime rates including when incoming calls are routed to voicemail, even if no message is left. Taxes are additional. If you want to block the ability to make and receive calls or use data functions while roaming internationally, you may request that by calling 1-916-843-4685 (at no charge from your wireless phone).

2.6.1.2  International Data: Many Devices, including iPhone transmit and receive data messages without user intervention and can generate unexpected charges when powered "on" outside the United States, Puerto Rico and USVI. AT&T may send "alerts" via SMS or email, to notify you of data usage. These are courtesy alerts. There is no guarantee you will receive them. They are not a guarantee of a particular bill limit. Receipt of Visual Voicemail messages are charged at international data pay-per-use rates unless customer has an international data plan, in which case receipt of Visual Voicemail messages decrement Kilobytes included in such plan.

2.6.1.3  Data Global Add-Ons and Global Messaging Plans: Require that domestic data or messaging capability be in place. Rates apply only for usage within "roam zone" comprised of select carriers. Within the roam zone, overage rate applies if you exceed the MBs allotted for any Data Global Add-On Plan or the messages allotted for any Global Messaging Package. International roaming pay-per-use rates apply in countries outside the roam zone. See att.com/dataconnectglobal for current roam zone list. If you enroll after the beginning date of your billing cycle, the monthly charge and the data/message allotment included will be correspondingly reduced per day.

2.6.1.4  Data Connect Global/North America Plans: Do not include capability to place a voice call and require a 1 year agreement. For specific terms regarding international data plans, see Section 4.11.2 below.

2.6.1.5  International Long Distance: International rates apply for calls made and messages sent from the U.S., Puerto Rico and U.S.V.I. to another country. Calling or messaging to some countries may not be available. Calls to wireless numbers and numbers for special services, such as Premium Rated Services, may cost more than calls to wireline numbers. If a customer calls an overseas wireline number and the call is forwarded to a wireless number, the customer will be charged for a call terminated to a wireless number. International Long Distance calling rates are charged per minute and apply throughout the same footprint in which the customer's airtime package minutes apply.

2.6.1.6  International Long Distance Text, Picture & Video Messaging: Additional charges apply for premium messages and content. Messages over 300 KBs are billed an additional 50¢/message. For a complete list of countries, please visit att.com/text2world .

2.6.1.7  Cruise Ship Roaming: Cruise ship roaming rates apply for calls placed or data used while on the ship.

2.6.1.8  International Miscellaneous: Export Restrictions: You are solely responsible for complying with U.S. Export Control laws and regulations, and the import laws and regulations of foreign countries when traveling internationally with your Device.

### 3.0   WHAT VOICE SERVICES DOES AT&T OFFER?

3.1   <u>What Are the General Terms That Apply to All AT&T Voice Rate Plans?</u>
You may obtain usage information by calling customer service or using one of our automated systems. Pricing/Taxes/No Proration: Prices do not include taxes, directory assistance, roaming, Universal Service Fees and other surcharges. Final month's charges are not prorated. Activation Fees: Activation Fee may apply for each new line. Nights and Weekends: Nights are 9:00 p.m. to 6:00 a.m. Weekends are 9:00 p.m. Friday to 6:00 a.m. Monday (based on time of day at the cell site or switch providing your Service). Included long distance calls can be made from the 50 United States, Puerto Rico and U.S. Virgin Islands to the 50 United States, Puerto Rico, U.S. Virgin Islands, Guam and Northern Mariana Islands. Roaming charges do not apply when roaming within the Services area of land-based networks of the 50 United States, Puerto Rico and U.S. Virgin Islands. Additional charges apply to Services used outside the land borders of the U.S., Puerto Rico and U.S. Virgin Islands.

3.2   <u>Voicemail</u>
Unless you subscribe to an Unlimited Voice Plan or are an upstate New York customer subscribing to enhanced voicemail, airtime charges apply to calls to your voicemail service, including calls where the caller does not leave a message, because the call has been completed, calls to listen to, send, reply to or forward messages, or to perform other activities with your voicemail service, including calls forwarded from other phones to your voicemail service. You are solely responsible for establishing and maintaining security passwords to protect against unauthorized use of your voicemail service. For information as to the number of voicemail messages you can store, when voicemail messages will be deleted and other voicemail features, see att.com/wirelessvoicemail. We reserve the right to change the number of voicemails you can store, the length you can store voicemail messages, when we delete voicemail messages and other voicemail features, without notice. We may deactivate your voicemail service if you do not initialize it within a reasonable period after activation. We will reactivate the service upon your request. See att.com/global for information about using voicemail internationally.

3.3   <u>Voicemail-to-Text (VMTT)</u>
AT&T is not responsible, nor liable for: 1) errors in the conversion of or its inability to transcribe voicemail messages to text/email; 2) lost or misdirected messages; or, 3) content that is unlawful, harmful, threatening, abusive, obscene, tortious or otherwise objectionable.

We do not filter, edit or control voice, text or email messages, or guarantee the security of messages. We can interrupt, restrict or terminate VMTT, without notice, if your use of VMTT adversely impacts AT&T's network; for example, that could occur from abnormal calling patterns or an unusually large number of repeated calls and messages, or if your use is otherwise abusive, fraudulent or does not comply with the law.

You are solely responsible for and will comply with all applicable laws as to the content of any text messages or emails you receive from VMTT that you forward or include in a reply to any other person. You authorize AT&T or a third party working on AT&T's behalf to listen to, and transcribe all or part of a voicemail message and to convert such voicemail message into text/email, and to use voicemail messages and transcriptions to enhance, train and improve AT&T's speech recognition and transcription services, software and equipment.

Charges for VMTT include the conversion of the voicemail message and the text message sent to your wireless device. Additional charges, however, may apply to receiving email on your wireless device from VMTT, as well as, replying to or forwarding VMTT messages via SMS (text) or email, depending on your plan.

SMS (text messaging) blocking is incompatible with VMTT. (If you do not have a texting plan on your handset, we add a texting pay-per-use feature when you add VMTT with text delivery.) If you are traveling outside the U.S. coverage area, you will incur international data charges for emails received from VMTT, as well as, charges for emails you respond to

or forward from VMTT, unless you have an international data plan and the usage falls within the plan's usage limits.

Transcription times cannot be guaranteed. Customers purchasing email delivery are responsible for providing a correct email address and updating the email address when changes to the email account are made.

If you choose SMS (text) delivery, VMTT only converts the first 480 characters of a voicemail message into text, and you will receive up to three text messages of a transcribed message. The transcription, therefore, may not include the entire voicemail message with SMS delivery. Adding VMTT will create a new voicemail box, and all messages and greetings will be deleted from your current voicemail box.

### 3.4 Unlimited Voice Services
Unlimited voice Services are provided primarily for live dialog between two individuals. If your use of unlimited voice Services for conference calling or call forwarding exceeds 750 minutes per month, AT&T may, at its option, terminate your Service or change your plan to one with no unlimited usage components.

Unlimited voice Services may not be used for monitoring services, data transmissions, transmission of broadcasts, transmission of recorded material or other connections that don't consist of uninterrupted live dialog between two individuals. If AT&T finds that you're using an unlimited voice Service offering for other than live dialog between two individuals, AT&T may, at its option, terminate your Service or change your plan to one with no unlimited usage components. AT&T will provide notice that it intends to take any of the above actions, and you may terminate the CRU's service.

### 3.5 Caller ID
 Your caller identification information (such as your name and phone number) may be displayed on the Device or bill of the person receiving your call; technical limitations may, in some circumstances, prevent you from blocking the transmission of caller identification information. Contact customer service for information on blocking the display of your name and number. Caller ID blocking is not available when using Data Services, and your wireless number is transmitted to Internet sites you visit.

### 3.6 Rollover Minutes®
If applicable to your plan, Rollover Minutes accumulate and expire through 12 rolling bill periods. Bill Period 1 (activation) unused Anytime Minutes will not carry over. Bill Period 2 unused Anytime Minutes will begin to carry over. Rollover Minutes accumulated starting with Bill Period 2 will expire each bill period as they reach a 12-bill-period age. Rollover Minutes will also expire immediately upon default or if customer changes to a non-Rollover plan. If you change plans (including the formation of a FamilyTalk® plan), or if an existing subscriber joins your existing FamilyTalk plan, any accumulated Rollover Minutes in excess of your new plan or the primary FamilyTalk line's included Anytime Minutes will expire. Rollover Minutes are not redeemable for cash or credit and are not transferable. If you change to non-AT&T Unity plans with Rollover Minutes (including the formation of a FamilyTalk plan) any accumulated Rollover Minutes in excess of your new non-AT&T Unity plan or the primary non-AT&T Unity FamilyTalk line's included Anytime Minutes will expire.

### 3.7 Mobile to Mobile Minutes
If applicable to your plan, Mobile to Mobile Minutes may be used when directly dialing or receiving calls from any other AT&T wireless phone number from within your calling area. Mobile to Mobile Minutes may not be used for interconnection to other networks. Calls to AT&T voicemail and return calls from voicemail are not included.

### 3.8 FamilyTalk Plan
If applicable to your plan, FamilyTalk may require up to a two-year Service Commitment for each line. FamilyTalk plans include only package minutes included with the primary number, and minutes are shared by the additional lines. The rate shown for additional

minutes applies to all minutes in excess of the Anytime Minutes. FamilyTalk requires two lines. If the rate plan for the primary number is changed to an ineligible plan or the primary number is disconnected, one of the existing additional lines shall become the primary number on the rate plan previously subscribed to by the former primary number; if only one line remains, it shall be converted to the closest single line rate.

### 3.9 A-List℠ for Business

A-List for Business is an optional feature available only to CRUs with qualified Plans (including, without limitation, Nation Plans® $59.99 a month or higher and select Business Plans such as Shared Business Solution Plans $89.99 a month or higher.) Eligible CRUs can place/receive calls to/from up to 10 wireline or wireless telephone numbers without being charged for airtime minutes. All qualifying lines on a group account share the same 10 A-List numbers. Only standard domestic wireline or wireless numbers may be added and A-List is only for domestic calls. Directory assistance, 900 numbers, your wireless or voicemail access numbers, numbers for call routing services and call forwarding services from multiple phones and machine-to-machine numbers are not eligible. Depending on your PBX system, AT&T may not be able to determine if your selected PBX A-List number is calling/receiving calls from your wireless account, and airtime charges may apply. Forwarded calls will be billed based on the originating number, not the call forwarding number, and airtime charges may apply. Only voice calling is eligible. A-List number selections may only be managed online via Premier Online Care. Selected telephone numbers do not become active until 24 hours after being added. AT&T reserves the right to block any A-List number and to reduce the amount of telephone numbers that can be used for A-List, without notice.

### 3.10 AT&T Viva Mexico ("Mexico Plan") and AT&T Nation/FamilyTalk With Canada ("Canada Plan")

Certain eligibility requirements apply. Anytime Minutes and Night & Weekend Minutes between Mexico and your U.S. wireless coverage area if you subscribe to the Mexico Plan, or Canada and your U.S. wireless coverage area if you subscribe to the Canada Plan, will be treated for billing purposes as calls to and from your U.S. wireless coverage area.

Calls made from or received in Mexico and Canada cannot exceed your monthly off-net usage allowance (the lesser of 750 min./mo. or 40% of your Anytime Minutes/mo.) in any two consecutive months. Calls made from or received in Mexico and Canada will not qualify as Mobile to Mobile Minutes. Special rates apply for data usage in Mexico and Canada. International long distance Text, Instant, Picture and Video Messaging rates apply to messaging from the U.S. to Mexico and Canada, and international roaming rates apply when such messages are sent from Mexico and Canada.

International Roaming charges apply when using voice and data Services outside Mexico and your U.S. wireless coverage area if you subscribe to the Mexico Plan, and Canada and your U.S. wireless coverage area, if you subscribe to the Canada Plan. International long distance charges apply when calling to areas outside Mexico and your U.S. wireless coverage area if you subscribe to the Mexico Plan, and Canada and your U.S. wireless coverage area if you subscribe to the Canada Plan.

Anytime Minutes are primarily for live dialog between two people. You may not use your Services other than as intended by AT&T and applicable law. Plans are for individual, non-commercial use only and are not for resale.

### 3.11 AT&T Unity and AT&T Unity-FamilyTalk Plans Requirements

#### 3.11.1 Eligibility Requirements:

AT&T local and wireless combined bill required. For residential customers, qualifying AT&T local plan from AT&T required. For business customers, qualifying AT&T local service plan required. Specific AT&T Services that qualify vary by location; see att.com or call 1-800-288-2020. Certain business accounts are not eligible for Unity plans. Discounts on any other combined-bill wireless plans will be lost if an AT&T Unity plan is added to your

combined bill. If an existing wireless plan is upgraded to an AT&T Unity plan, all discounts and promotions will be lost when subscribing to that plan.

### 3.11.2  AT&T Unity Minutes:

AT&T Unity Calling Minutes may be used when directly dialing or receiving calls from any other eligible AT&T wireline or wireless phone number from within your calling area. Calls to AT&T voicemail and return calls from voicemail not included. AT&T Unity Minutes are not included when checking usage for the current billing period.

### 3.12  VoiceDial Services

Regular airtime charges apply. Mobile to Mobile Minutes do not apply. Calls to 911, 411, 611, 711 and international dialing cannot be completed with VoiceDial Services. Caller ID cannot be blocked. Caller ID will be delivered on calls, even if you have permanently blocked your name and number. For complete terms and conditions, see att.com/voicedial.

FMS TC T 0111 0180 E

**4.0    WHAT DATA AND MESSAGING SERVICES DOES AT&T OFFER?**

4.1    <u>What Are the General Terms That Apply to All Data and Messaging Plans?</u>
AT&T provides wireless data and messaging Services, including but not limited to, features that may be used with Data Services and wireless content and applications ("Data Services"). The absolute capacity of the wireless data network is limited. Accordingly, Data Services are only provided for prescribed purposes, and pricing for Data Services is device dependent and based on the transmit and receive capacity of each device.

On Data Services with a monthly megabyte (MB) or gigabyte (GB) allowance, once you exceed your monthly allowance, you will be automatically charged for overage as specified in the applicable rate plan information. All data allowances, including overages, must be used in the billing period in which the allowance is provided or they will be forfeited.

A pricing plan designated for one type of device may not be used with another device. Compatible data-enabled wireless device required. An Activation Fee may apply for each data line.

The consumer data plan does not allow access to corporate email, company intranet sites and other business applications. Access to corporate email, company intranet sites and/or other business applications requires an applicable Enterprise Data plan. Enterprise Email requires an eligible data plan and Device. Terms may vary depending on selected Enterprise Email solution.

AT&T RESERVES THE RIGHT TO TERMINATE YOUR DATA SERVICES WITH OR WITHOUT CAUSE, INCLUDING WITHOUT LIMITATION, UPON EXPIRATION OR TERMINATION OF YOUR ENTERPRISE AGREEMENT.

4.2    <u>What Are the Intended Purposes of the Wireless Data Service?</u>
Except as may otherwise be specifically permitted or prohibited for select data plans, data sessions may be conducted only for the following purposes: (i) Internet browsing; (ii) email; and (iii) intranet access (including access to corporate intranets, email, and individual productivity applications like customer relationship management, sales force, and field service automation). **While most common uses for Internet browsing, email and intranet access are permitted by your data plan, there are certain uses that cause extreme network capacity issues and interference with the network and are therefore prohibited. Examples of prohibited uses include, without limitation, the following: (i) server devices or host computer applications, including, but not limited to, Web camera posts or broadcasts, automatic data feeds, automated machine-to-machine connections or peer-to-peer (P2P) file sharing; (ii) as a substitute or backup for private lines, wirelines or full-time or dedicated data connections; (iii) "auto-responders," "cancel-bots," or similar automated or manual routines which generate excessive amounts of net traffic, or which disrupt net user groups or email use by others; (iv) "spam" or unsolicited commercial or bulk email (or activities that have the effect of facilitating unsolicited commercial email or unsolicited bulk email); (v) any activity that adversely affects the ability of other people or systems to use either AT&T's wireless services or other parties' Internet-based resources, including "denial of service" (DoS) attacks against another network host or individual user; (vi) accessing, or attempting to access without authority, the accounts of others, or to penetrate, or attempt to penetrate, security measures of AT&T's wireless network or another entity's network or systems; (vii) software or other devices that maintain continuous active Internet connections when a computer's connection would otherwise be idle or any "keep alive" functions, unless they adhere to AT&T's data retry requirements, which may be changed from time to time. This means, by way of example only, that checking email, surfing the Internet, downloading legally acquired songs, and/or visiting corporate intranets is permitted, but downloading movies using P2P file sharing services, redirecting television signals for viewing on Personal Computers, web broadcasting, and/or for the operation of servers, telemetry devices and/or Supervisory Control and Data Acquisition devices is prohibited. Furthermore,**

**plans (unless specifically designated for tethering usage) cannot be used for any applications that tether the device (through use of, including without limitation, connection kits, other phone/Smartphone to computer accessories, BLUETOOTH® or any other wireless technology) to Personal Computers (including without limitation, laptops), or other equipment for any purpose.** Accordingly, AT&T reserves the right to (i) deny, disconnect, modify and/or terminate Service, without notice, to anyone it believes is using the Service in any manner prohibited or whose usage adversely impacts its wireless network or service levels or hinders access to its wireless network, including without limitation, after a significant period of inactivity or after sessions of excessive usage and (ii) otherwise protect its wireless network from harm, compromised capacity or degradation in performance, which may impact legitimate data flows. You may not send solicitations to AT&T's wireless subscribers without their consent. You may not use the Services other than as intended by AT&T and applicable law. Plans are for individual, non-commercial use only and are not for resale. AT&T may, but is not required to, monitor your compliance, or the compliance of other subscribers, with AT&T's terms, conditions, or policies..

### 4.3  What Are the Voice and Data Plan Requirements?

A voice plan is required on all voice-capable Devices, unless specifically noted otherwise in the terms governing your plan.

An eligible tiered pricing data plan is required for certain Devices, including iPhones and other designated Smartphones. Eligible voice and tiered pricing data plans cover voice and data usage in the U.S. and do not cover International voice and data usage and charges. If it is determined that you are using a voice-capable Device without a voice plan, or that you are using an iPhone or designated Smartphone without an eligible voice and tiered data plan, AT&T reserves the right to switch you to the required plan or plans and bill you the appropriate monthly fees. In the case of the tiered data plan, you will be placed on the data plan that provides you with the greatest monthly data usage allowance. If you determine that you do not require that much data usage in a month, you may request a lower data tier at a lower monthly recurring fee.

Quick Messaging device owners must subscribe to an unlimited messaging plan. If it is determined that you are using a Quick Messaging device without an unlimited messaging plan, AT&T reserves the right to add an unlimited messaging plan to your account and bill you the appropriate monthly fee.

### 4.4  How Does AT&T Calculate My Data Usage/Billing?

Data sent and received includes, but is not limited to, downloads, email, application usage, overhead and software update checks. Unless designated for International or Canada use, prices and included use apply to EDGE/GPRS and BroadbandConnect access and use on AT&T's wireless network and its affiliated partner wireless networks within the United States and its territories (Puerto Rico and the U.S. Virgin Islands), excluding areas within the Gulf of Mexico.

Usage on networks not owned by AT&T is limited as provided in your data plan. Charges will be based on the location of the site receiving and transmitting service and not the location of the subscriber. BroadbandConnect access requires a compatible, eligible 3G device.

Data Service charges paid in advance for monthly or annual Data Services are nonrefundable. Some Data Services may require an additional monthly subscription fee and/or be subject to additional charges and restrictions. Prices do not include taxes, directory assistance, roaming, Universal Service Fees or other surcharges.

In order to assess your usage during an applicable billing period, you may obtain approximate usage information by calling customer service or using one of our automated systems.

### 4.5  Text, Instant Messaging and Picture/Video Messaging

If you do not enroll in a monthly recurring plan for messaging, data or Video Share, you may have access to messaging, data, and video share services and be charged on a pay-per-use basis if you use those services.

Messages are limited to 160 characters per message. Premium text and picture/video messages are charged at their stated rates. Standard rates apply to all incoming messages when in the U.S. Different, non-standard per message charges apply to international messages sent from the U.S.

Text, Instant, Picture, and Video messages are charged when sent or received, whether read or unread, solicited or unsolicited. AT&T does not guarantee delivery of messages. Text, Instant, Picture and Video messages, including downloaded content, not delivered within 3 days will be deleted. AT&T reserves the right to change this delivery period as needed without notification.

You are charged for each part of messages that are delivered to you in multiple parts. Picture/Video Messaging, data plan and Text Messaging may need to be provisioned on an account in order to use Picture/Video Messaging. Some elements of Picture/Video messages may not be accessible, viewable or heard due to limitations on certain wireless phones, PCs or e-mail.

AT&T reserves the right to change the Picture/Video message size limit at any time without notification. Picture/Video Messaging pricing is for domestic messages only. When a single message is sent to multiple recipients, the sender is charged for one message for each recipient, and each recipient is charged for the message received.

Text message notifications may be sent to non-Picture/Video Messaging subscribers if they subscribe to Text Messaging. You may receive unsolicited messages from third parties as a result of visiting Internet sites, and a per-message charge may apply whether the message is read or unread, solicited or unsolicited.

You agree you will not use our messaging services to send messages that contain advertising or a commercial solicitation to any person or entity without their consent. You will have the burden of proving consent with clear and convincing evidence if a person or entity complains you did not obtain their consent. Consent cannot be evidenced by third-party lists you purchased or obtained. You further agree you will not use our messaging service to send messages that: (a) are bulk messages; (b) are automatically generated; (c) can disrupt AT&T's network; (d) harass or threaten another person; (e) interfere with another customer's use or enjoyment of AT&T's Services; (f) generate significant or serious customer complaints; (g) falsify or mask the sender/originator of the message; or (h) violate any law or regulation. AT&T reserves the right, but is not obligated, to deny, disconnect, suspend, modify and/or terminate your messaging service or messaging services with any associated account(s), or to deny, disconnect, suspend, modify and/or terminate the account(s), without notice, as to anyone using messaging services in any manner that is prohibited. Our failure to take any action in the event of a violation shall not be construed as a waiver of the right to enforce such terms, conditions or policies. Advertising and commercial solicitations do not include messaging that: (a) facilitates, completes or confirms a commercial transaction where the recipient of such message has previously agreed to enter into with the sender of such message; or (b) provides account information, service or product information, warranty information, product recall information or safety or security information with respect to a commercial product or service used or purchased by the recipient of such message.

### 4.6  AT&T My Media CLUB

Your enrollment gives you the option to receive text messages each week on music, trivia, news and more. Every 30 days your subscription will be automatically renewed and new credits added to your account, which can be used to buy ringtones and graphics through the MEdia Mall. Music, Voice, Sound Effect Tones, polyphonic ringtones and graphics are

1 credit. Unused credits expire at the end of each 30 day period. The 30 day period is not necessarily equivalent to a calendar month end or the billing cycle. You may terminate your subscription at any time by texting the word "STOP" to 7225. Any remaining credits will be available for the remainder of your subscription billing cycle. Savings claim based on price of Music Tones. Ringtone and graphics provided by independent providers.

### 4.7  Mobile Email

Requires e-mail account with compatible Internet service provider and a downloaded or preloaded e-mail application for the wireless device. Access and use of Mobile Email is billed by total volume of data sent and received (in kilobytes) in accordance with your data plan. E-mail attachments can not be sent, downloaded, read or forwarded on the mobile device. Only a paper clip icon appears indicating an attachment. You must view attachments from your PC. Upgrades to the application may be required in order to continue to use the Service. Wireless data usage charges will apply for downloading the application and any upgrades.

### 4.8  Mobile Video

3G Phone and eligible data plan required. Service not available outside AT&T's 3G coverage area. Premium content is charged at stated monthly subscription rates or at stated pay-per-view rates. Content rotates and is subject to withdrawal. Mobile Video is for individual use, not for resale, commercial purposes or public broadcast. Content can only be displayed on the device screen. No content may be captured, downloaded, forwarded, duplicated, stored, or transmitted. The content owner reserves and owns all content rights. All trademarks, service marks, logos and copyrights not owned by AT&T are the property of their owners. Some Mobile Video content is intended for mature audiences and may be inappropriate for younger viewers. Parental guidance suggested. Use Parental Controls to restrict access to mature content. Content may be provided by independent providers, and AT&T is not responsible for their content. Providers may collect certain information from your use for tracking and managing content usage.

### 4.9  Video Share

Video Share is not available in all areas. Video Share requires the sender and the receiver to have compatible features and to be in 3G coverage area. Both the sender and the receiver will be charged for any call minutes. Only the sender will incur Video Share usage charges. AT&T is not responsible for the content of any video.

### 4.10  AT&T Wi-Fi Services

AT&T Wi-Fi service use with a Wi-Fi-capable wireless device is subject to the Terms of Services & Acceptable Use Policy ("Terms") found at att.com/attwifitosaup. Your use represents your agreement to those Terms, incorporated herein by reference. AT&T Wi-Fi Basic service is available at no additional charge to wireless customers with select Wi-Fi-capable devices and a qualified data rate plan. Other restrictions may apply.

### 4.11  DataConnect Plans

#### 4.11.1  What Are the General Terms That Apply to All DataConnect Plans?

A voice plan is not required with DataConnect plans.

We may, at our discretion, suspend your account if we believe your data usage is excessive, unusual or is better suited to another rate plan. If you are on a data plan that does not include a monthly MB/GB allowance and additional data usage rates, you agree that AT&T has the right to impose additional charges if you use more than 5 GB in a month, provided that, prior to the imposition of any additional charges, AT&T shall provide you with notice and you shall have the right to terminate your Data Service.

#### 4.11.2  Data Global Add-On/DataConnect Global Plans/DataConnect North America Plans

Available countries, coverage and participating International carriers included in the "Select International Roam Zone" and "Select Canada/Mexico Roam Zone" vary from our generally

available Canada/International wireless data roam zones and may not be as extensive. The Select International Roam Zone is restricted to select International wireless carrier(s). Select Canada/Mexico Roam Zone is restricted to select wireless carrier(s) and coverage areas within Canada and Mexico. See att.com/dataconnectglobal for a current list of participating carriers and eligible roam zones. With respect to the countries included in the Select International Roam Zone, you will be restricted from accessing Data Service through any non-participating Canada/International wireless carriers that may otherwise be included in our generally available Canada and International wireless data roam zones. With the DataConnect North America Plan, you will be restricted from accessing Data Service through any non-participating Canada/Mexico wireless carriers that may otherwise be included in our generally available Canada and international wireless data roam zones.

DATA GLOBAL ADD-ON- May only be used with eligible Devices. Domestic data usage not included. Qualified domestic wireless data plan required. If combined with a wireless voice plan that includes international voice roaming, your international wireless voice roaming in countries included in the Global Data Add-On's Select International Roam Zone will be limited to the participating Canada/International wireless carriers and you will be restricted from voice roaming through any non-participating Canada/International wireless carriers that may otherwise be included in our generally available Canada and international voice roam zones.

DATACONNECT GLOBAL/NORTH AMERICA PLANS - Requires minimum one-year Service Commitment, and you must remain on the plan, for a minimum one-year term. Voice access is restricted and prohibited.

### 4.11.3 Pooled DataConnect Plans

Pooled Data Connect Plans ("Pooled Plans") available only to customers with a qualified AT&T business agreement for wireless services and their respective CRUs. Consolidated billing is required. WIN Advantage® may also be required. Within a single Foundation Account (FAN), Customer's CRUs on an eligible Pooled Plan aggregate or "pool" their included wireless data usage ("Included Usage"), creating a "Pool."

To pool together, each CRU in the Pool must subscribe to a Pooled Plan that has the same amount of Included Usage and the same Additional Kilobyte charge ("Similar Pooled Plan"). Every billing cycle, each CRU first uses his or her Included Usage. If a CRU does not use all his or her Included Usage, it creates an underage in the amount of unused kilobytes ("Under Usage"). If a CRU uses more than his or her Included Usage, it creates an overage with respect to kilobytes of data usage ("Over Usage"). The Pool's Under Usage kilobytes and Over Usage kilobytes are then aggregated respectively and compared. If the aggregate Under Usage kilobytes exceed the aggregate Over Usage kilobytes, then no CRU in the Pool pays Additional Kilobyte charges. If the aggregate Over Usage kilobytes exceeds the aggregate Under Usage kilobytes, then the ratio of Under Usage kilobytes to Over Usage kilobytes is applied to the data usage of each CRU in the Pool with Overage Usage, resulting in a monetary credit against the corresponding Additional Kilobyte charges.

For example, if a Pool has 900 Under Usage kilobytes and 1,000 Over Usage kilobytes (90%), then each CRU with Over Usage will receive a credit equal to 90% of his or her Additional Kilobyte charges. CRUs changing price points or migrating to Pooled Plans during a bill cycle may result in one-time prorations or other minor impacts to the credit calculation. Credits will only appear on WIN Advantage®. Customer may have more than one Pool within a FAN provided that Customer may only have one Pool for Similar Pooled Plans within a FAN; however, an individual CRU can only be in one Pool at a time.

AT&T reserves the right to limit the number of CRUs in a Pool due to business needs and system limitations. CRUs on Pooled Plans and CRUs participating in a legacy Pooled DataConnect plan pool created prior to February 17, 2006, ("Legacy Pool") cannot be in the same Pool but can be within the same FAN. End users on non-pooling AT&T plans may

be included in the same FAN as CRUs on Pooled Plans; however these non-pooling end users will not receive the pooling benefits or contribute Included Usage to a Pool.

### 4.11.4  AT&T DataConnect Pass

AT&T DataConnect Pass can only be used on AT&T's wireless network and cannot be used on another carrier's network, either domestic or international. Requires laptop or netbook with aircard/connect card capable of working on AT&T's wireless network; internet access to sign-up; and a new SIM card. AT&T DataConnect Pass supports data usage only, and does not support SMS, MMS or voice calls. Actual speed and coverage may vary. Time begins expiring immediately upon purchase, whether or not you are using the Service. Once your time expires or the allotted Megabytes are used, whichever occurs first, your data access will cease. AT&T may send alerts via SMS or email to notify you of usage and/or time remaining. These are courtesy alerts. There is no guarantee you will receive such alerts.

## 4.12  AT&T DataPlus℠/AT&T DataPro℠ Plans

### 4.12.1  What Are the General Terms That Apply to All AT&T DataPlus/ AT&T DataPro?

Data Services sold for use with AT&T RIM BlackBerry devices, and Smartphones may not be used with other devices, including but not limited to, personal computers, PC data cards and the like, either by tethering devices together, by SIM card transfer or any other means.

### 4.12.2  AT&T DataPlus/AT&T DataPro Plans With Tethering

AT&T DataPlus/AT&T DataPro plans with Tethering may be used to tether such Smartphone and BlackBerry devices to a personal computer. If you are on a data plan that does not include a monthly megabyte allowance and additional data usage rates, the parties agree that AT&T has the right to impose additional charges if you use more than 5GB in a month. Prior to the imposition of any additional charges, AT&T shall provide you with notice and you shall have the right to terminate your Service.

### 4.12.3  BlackBerry® Personal

Supports personal email access to up to 10 Internet email accounts. Users storing more than 1,000 emails or email older than 30 days, may have some emails automatically deleted. May not be used to access corporate email such as BlackBerry Enterprise Server™.

### 4.12.4  BlackBerry Connect; BlackBerry Enterprise; BlackBerry International

Supports BlackBerry Enterprise Server for corporate access (valid Client Access License required), and personal email access to up to 10 Internet email accounts as per BlackBerry Personal. BlackBerry International requires a minimum one-year agreement.

## 4.13  GOOD Plan

Requires compatible Good Server and, as to each end user, a compatible Good Client Access License (CAL) for use with a qualifying AT&T data plan. Solution includes software, products and related services provided by Good Technology, Inc. ("Good"), which are subject to applicable Good terms and conditions. Good is solely responsible for all statements regarding, and technical support for, its software, products and services.

## 4.14  Microsoft Direct Push

Requires compatible Microsoft Exchange Server and, as to each end user, a compatible device, a Direct Push-enabled email account and a qualifying AT&T Data Plan. Plans include end user customer support from AT&T for compatible devices. AT&T does not sell, supply, install or otherwise support Microsoft software, products or services (including without limitation, Exchange and Direct Push).

**5.0 ARE THERE ADDITIONAL TERMS AND CONDITIONS THAT APPLY TO OTHER PLANS, FEATURES, PROMOTIONS, APPLICATIONS AND OFFERS AVAILABLE TO ENTERPRISE CUSTOMERS?**

Terms and conditions for certain features and applications are provided on the Device at the time of feature/application activation or first use. Certain features/applications will not be available in all areas at all times. In addition, terms and conditions for certain other Enterprise-only Plans, features, promotions, supplemental Services and offers are contained in the Sales Information for such Plans, features, promotions, Supplemental Services and offers and are available to you at the time of purchase.

### 6.0 WHAT ARE AT&T ROADSIDE ASSISTANCE AND OPTIONAL WIRELESS PHONE INSURANCE?

#### 6.1 AT&T Roadside Assistance

AT&T Roadside Assistance ("RA") is an optional feature that costs $2.99/month per enrolled phone and is automatically billed to the wireless account. Customers may cancel at any time. New RA customers get the first 30 days for free. To cancel RA without incurring charges, contact AT&T by dialing 611 from your wireless phone within the first 30 days. RA covers up to four events per year, with a maximum benefit of $50/event. Towing services are for mechanical problems only. RA service is provided by Asurion Roadside Assistance Services, LLC, a licensed motor club. Refer to the RA Welcome Kit for complete terms and conditions at wireless.att.com/learn/en_US/pdf/roadside_assistance.pdf.

#### 6.2 Optional Wireless Phone Insurance

Customers have 30 days from the date of activation or upgrade to enroll. See a Wireless Phone Insurance brochure for complete terms and conditions of coverage, available at participating AT&T retail locations or by visiting att.com/wirelessphoneinsurance. Key terms include: Premium: $4.99/month. Non-refundable Deductible: from $50-$125/ per claim. Limits: 2 claims per 12 months, maximum replacement value of $1,500/ per claim. Replacements may be refurbished or of a different model. Cancel at any time for a prorated refund of the monthly charge. Wireless Phone Insurance is underwritten by Continental Casualty Company, a CNA company (CNA) and administered by Asurion Protection Services, LLC (Asurion Protection Services Insurance Agency, LLC CA Lic.#OD63161). Eligibility varies by device. Terms and conditions are subject to change.

**7.0   WHAT OTHER TERMS AND CONDITIONS APPLY TO MY WIRELESS SERVICE?**

7.1   Intellectual Property

You must respect the intellectual property rights of AT&T, our third-party content providers and any other owner of intellectual property whose protected property may appear on any website and/or dialog box controlled by AT&T or accessed through the AT&T's websites. Except for material in the public domain, all material displayed in association with the Service is copyrighted or trademarked. Except for personal, non-commercial use, trademarked and copyrighted material may not be copied, downloaded, redistributed, modified or otherwise exploited, in whole or in part, without the permission of the owner. The RIM and BlackBerry families of related marks, images and symbols are the exclusive properties and trademarks or registered trademarks of Research In Motion Limited, used by permission. Good, the Good logo and GoodLink are trademarks of Good Technology, Inc., in the United States and/or other countries. Good Technology, Inc., and its products and services are not related to, sponsored by or affiliated with Research In Motion Limited. All other marks contained herein are the property of their respective owners.

© 2010 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. Apple® iPhone®: TM and © 2010 Apple Inc. All rights reserved. Apple is a trademark of Apple Inc., registered in the U.S. and other countries. iPhone is a trademark of Apple Inc.

7.2   Trial Services

Trial Services are subject to the terms and conditions of the Enterprise Agreement and the corresponding trial agreement between you and AT&T, if any, may have limited availability and may be withdrawn at any time.

**EXHIBIT 2**

# Resolve a dispute with AT&T via arbitration

Resolve a dispute with AT&T via arbitration.

## Details

### Arbitration defined

### Initiating a claim

The text below sets out the steps for raising arbitration claims:

- **Mail Arbitration Disputes to AT&T's Legal Department.**
- **Complete a Demand for Arbitration.**
- **Notice of Dispute.**
- **Submit Two Copies of Your Demand To The Courts.**
- **Choose The Kind of Hearing You Would Like.**
- **Arbitrator's Decision.**
- **Arbitrator's Decision.**
- **Arbitrator Costs for Claims Exceeding $75,000.**

### Arbitration-related information about AT&T Mobility Arbitration Program

### What is arbitration?

### What is the American Arbitration Association and what role do they play?

### What are the potential benefits of arbitration?

### Who are the arbitrators?

### What is the maximum amount for an AT&T Mobility Arbitration Program?

### Who pays the arbitrator?

### If the arbitrator says I need to arbitrate my dispute, how do I start?

### Do I have to hire an attorney?

### Where can I find more information about arbitration?

### Why has the AT&T developed the Supplementary Procedures for Consumer-Related Disputes?

### What is the Consumer Product Review process?

### What is the Consumer Due Process Protocol?

### How will I know how to start?

### Can AT&T file the arbitration against a customer?

### Can I have a hearing?

---

Check out the Wireless Forums

## How can the Community help you today?

### Did you get the help you needed?

## Related solutions

**EXHIBIT 3**



# AT&T— Notice of Dispute

AT&T is committed to resolving its customers' disputes in a fair and efficient manner. If you are unsatisfied with the resolution that a customer service representative offers for a problem that you are experiencing, you may notify us of your dispute by sending this form to AT&T's legal department.

**Please complete this form in its entirety (printing legibly). Retain a copy for your records and send the completed form by certified U.S. mail to:** Office for Dispute Resolution, AT&T, 1025 Lenox Park Blvd., Atlanta, GA 30319.

An AT&T representative will respond within 30 days of receiving this form. If the dispute is not resolved to your satisfaction, you may begin arbitration by submitting a Demand for Arbitration to the American Arbitration Association. We provide further details on our web site (at http://www.att.com/disputeresolution), as well as a Demand for Arbitration form.

_____     _____
Name of account holder                       Account number


_____     _____
Mobile phone number                          Additional number at which you may be
                                              reached during business hours

Your email address: _____

Your fax number: _____

Your billing address: _____

_____

If you are an authorized representative of the account holder, please print your name, your relationship to the account holder, your address, and a phone number at which you may best be reached during business hours:



**Please briefly describe the nature of your dispute and attach any supporting documents that you wish. If necessary, please use the reverse side.**



**Please briefly describe the relief that you would like from AT&T.**



_____     _____
Date                                  Signature

V112013

**EXHIBIT 4**

# Resolve a dispute with DIRECTV via arbitration

Resolve a dispute with DIRECTV via arbitration.

## DETAILED INFORMATION

[Resolve a dispute with DIRECTV via arbitration](#) Resolve a dispute with DIRECTV via arbitration

[Read article](#)  ⊕  [Close article](#)  ⊖

## Details

Here at DIRECTV Mobility ("DIRECTV"), we remain committed to customer satisfaction. Part of that commitment is ensuring that any dispute a customer may have is resolved in a fair, effective, and efficient manner.

Most of the time that you have a concern about a bill or our service, that concern can be resolved quickly and to your satisfaction by **chatting with us online** or calling **800.331.0500**. If you're still not satisfied, you may have your dispute resolved through binding arbitration before the American Arbitration Association ("AAA"). Alternatively, you may file an action in Small Claims Court.

You can find a copy of our arbitration provision at [directv.com/disputeresolution](http://directv.com/disputeresolution). This document provides additional information on dispute resolution. Former DIRECTV customers as well as former customers of DIRECTV's predecessors are entitled to have any dispute resolved under DIRECTV's current arbitration provision.

**Arbitration defined**
Arbitration is a process, not unlike court (but much less formal). It uses a neutral arbitrator instead of a judge or jury to hear evidence and issue a decision, known as an "award." This award is generally final and binding on the parties in the case. In addition, arbitration has more limited discovery than in court, and is subject to very limited review by courts.

Arbitration hearings are typically brief. For claims of $10,000 or less, you may choose whether the hearing takes place in person, by telephone, or solely on the basis of documents submitted to the arbitrator. (If you choose an in-person hearing, it will take place in the county/parish of your billing address.) You may retain an attorney to represent you in arbitration if you choose.

Arbitration under DIRECTV's arbitration provision will take place on an individual basis. The arbitrator can't consolidate the claims of more than one person or proceed on a class-wide basis. But arbitration doesn't affect the substance of your legal claims; arbitrators can award the same damages and relief that a court can award.

Arbitrations under DIRECTV's arbitration provision will be administered by the American Arbitration Association ([AAA](#)), a leading non-profit arbitration provider. The arbitration will use the AAA's Consumer Arbitration Rules as modified by DIRECTV's arbitration provision to make arbitration less expensive and more convenient for our customers. Because the AAA may update those rules from

time to time, and because the applicable rules for any particular arbitration will be the ones in force at the time, please check the Government & Consumer section on AAA's website to see the latest version.

For any non-frivolous claim that does not exceed $75,000, DIRECTV will pay all costs of arbitration, no matter who wins. Moreover, in arbitration you're entitled to recover attorneys' fees from DIRECTV to at least the same extent as you would be in court. In addition, under certain circumstances explained below, DIRECTV will pay you more than the amount of the arbitrator's award and will pay your attorney (if any) twice his or her reasonable attorneys' fees if the arbitrator awards you an amount that is greater than what DIRECTV has offered you to settle the dispute.

If you retained an attorney, he or she may help you answer any further questions you might have about arbitration.

**Arbitrating a claim**
You can arbitrate a claim against DIRECTV by taking the following steps:

1. **Mail a Notice of Dispute to DIRECTV's Legal Department**. Before beginning an arbitration against DIRECTV, you must first notify us of your dispute and allow us an opportunity to resolve it without the need for arbitration. Please write us a letter briefly explaining the dispute and identifying the specific relief that you'd like. Please provide as much information as you think would be helpful, including dates and specific amounts of money, if possible. Please also include the account holder's name, the account number, and a telephone number at which you may be reached during business hours. For your convenience, you may download a Notice of Dispute [PDF, 181KB]. Once you have written the letter or filled out the Notice, please send it to us by **certified mail** at DIRECTV LLC, Consumer Arbitration Demand, P.O. Box 915, El Segundo, CA, 90245. Please be sure to keep a copy of the letter or Notice for your records.

2. **Wait 30 Days to See Whether the Dispute Can Be Resolved Without Arbitration**. If we haven't been able to resolve your dispute to your satisfaction within 30 days from when we received your Notice of Dispute [PDF, 181KB], you may start arbitration proceedings. Please be sure to retain a copy of any written settlement offers that we make, but note that the amount of any settlement offer that you or we make must not be shown to the arbitrator until after the arbitrator has resolved the merits of your claim.

3. **Complete a Demand for Arbitration**. You can begin the arbitration by submitting a Demand for Arbitration, which is a statement containing basic information about the dispute: (a) the names, addresses and phone numbers of the parties involved (you and DIRECTV, in most cases); (b) a description of the dispute; (c) and a short statement of the relief you are seeking. The AAA provides a Demand for Arbitration form [PDF] on its website. (There is a separate form for California residents [PDF], also available on the AAA's website.) As an alternative, you may download an Arbitration Initiation Form [PDF, 185KB] that we created for our customers. You don't have to use this form, but it includes spaces for all the necessary information.

4. **Send Us a Copy of Your Demand for Arbitration**. Complete the Demand for Arbitration and make at least **three (3)** copies. Keep one copy for your records. Send one copy to us at DIRECTV LLC, Consumer Arbitration Demand, P.O. Box 915, El Segundo, CA, 90245.

5. **Submit a Copy of Your Demand to the AAA**. Send the final copy of the Demand for Arbitration to the AAA Case Filing Services at 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Please be sure to include (1) a copy of DIRECTV's arbitration provision (you may obtain a copy from our website); and (2) the appropriate AAA filing fee. We'll promptly reimburse you this amount when we receive a copy of your Demand for Arbitration, unless your claim is for greater than $75,000. The filing fee is currently $200, but the AAA may change the amount of the fee. You may obtain the amount of the fee by consulting the AAA's rules. Those rules may be obtained by visiting the Government & Consumer section on AAA's website, or by calling the AAA at **800.778.7879**. If you're

unable to pay the AAA's filing fee, please inform us by writing a letter to the above address and we'll arrange to pay it directly if your claims are for less than $75,000. Alternatively, the AAA has a file online option, AAA WebFile. You may obtain more information about AAA WebFile on AAA's website. Because the AAA may change its filing procedures, please confirm them by either calling the AAA at **800.778.7879** or visiting the AAA's website. The AAA may change this information; please confirm it by calling the AAA at **800.778.7879** or visiting the Government & Consumer section on AAA's website.

6. **Case Manager Assignment**. Once the AAA receives your Demand for Arbitration, the AAA will assign your case to a Case Manager. The Case Manager will then send us both a confirmation letter and give DIRECTV 10 days to respond to your Demand.

7. **Appointment of Arbitrator**. If no claim in the arbitration exceeds $75,000, the AAA will appoint an arbitrator and notify us both of that arbitrator's name and qualifications. The AAA requires all arbitrators to check for any past or present relationships with the parties, potential witnesses, and the parties' attorneys. If the arbitrator has any such relationship, the AAA will tell both you and us. If either you or we object to the AAA's choice of arbitrator, we'll have seven days to inform the AAA. Note that all arbitrators must swear an oath for each case promising to be impartial and to abide by the AAA's Code of Ethics for Arbitrators in Commercial Disputes [PDF]. A copy of that Code may be obtained from the AAA's website.

8. **Choose the Kind of Hearing You Would Like**. Unless you and we agree to have any arbitration hearings somewhere else, they'll take place in the county (or parish) of your billing address. If your claim is for $10,000 or less, you may choose whether any hearings are conducted in person or by telephone. Alternatively, you may choose to proceed by a "desk" arbitration, which doesn't involve an interactive hearing. Instead, the arbitrator resolves the dispute solely on the basis of the documents that you and we submit. Once the AAA has commenced the arbitration, you have 10 days to inform the AAA of your choice of hearing. If you don't make a choice, the AAA will assume that you want a desk arbitration. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA rules. Those rules currently provide for an in-person hearing if the consumer's claim exceeds $10,000, but you and we may agree whether that hearing is in person or by telephone, or whether to instead proceed with a desk arbitration.

9. **Arbitrator's Decision**. Within 14 days from the conclusion of the in-person or telephone hearing or from the submission of all written evidence to the arbitrator if you chose a desk arbitration, the arbitrator will render a written decision. That decision will include the essential findings and conclusions upon which the arbitrator based his or her award.

10. **The Alternative Payment**. If the arbitrator grants you relief that exceeds DIRECTV's last written settlement offer before the arbitrator is appointed, then DIRECTV will pay you the amount of the award, or $10,000, whichever is greater. If DIRECTV didn't make a written offer to settle the dispute, you will be entitled to receive this alternative payment if the arbitrator awards you any relief at all on the merits.

11. **Your Attorney's Premium**. If you're entitled to the alternative payment, then DIRECTV will also pay your attorney, if any, twice the amount of attorneys' fees, and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrued for investigating, preparing, and pursuing your claim in arbitration. Even if you're not entitled to this attorney premium, DIRECTV will reimburse you for your reasonable attorneys' fees and expenses if it is required to do so under applicable law. But you may not receive both the attorney premium and an award of attorneys' fees under a statute. Instead, you'll receive the greater amount. DIRECTV won't attempt to collect from you the attorneys' fees it incurs in arbitration even when permitted to do so under applicable law.

12. **Arbitration Costs in Frivolous Cases**. If the arbitrator not only rules against you, but also rules that either the substance of your claim or the relief you requested in your Demand for Arbitration was either frivolous or brought for an improper purpose (as measured by the standards of Federal Rule of Civil Procedure 11(b)), then responsibility for the costs of arbitration will be set by the AAA's rules. For frivolous cases in which your demand is $10,000 or less, your share of the costs is currently limited to $200, though the AAA may change that amount. If the arbitrator makes this determination, you may be required to reimburse DIRECTV for paying your share of the arbitration costs.

13. **Arbitration Costs for Claims Exceeding $75,000**. If you initiate an arbitration in which you seek more than $75,000 in damages, the payment of AAA filing, administration, and arbitrator fees will be governed by the AAA rules. Those rules may be downloaded from the Government & Consumer section on AAA's website. If DIRECTV initiates the arbitration, it'll pay these costs regardless of the amount of its claim.

**Arbitration-related information about DIRECTV**
These statements below address common questions regarding the Arbitration Program Administered by the American Arbitration Association.

These statements were prepared in consultation with and approved by the American Arbitration Association.

**What is arbitration?**
Arbitration is a process, not unlike court (but much less formal), where an independent neutral person hears evidence and issues a decision, known as an "award." This award is generally final and binding on the parties in the case.

**What is the American Arbitration Association and what role does it play?**
The American Arbitration Association (AAA) is a not-for-profit, public service organization committed to the resolution of disputes through the use of arbitration, mediation and other voluntary procedures. Every year, more than 200,000 disputes are resolved by the Association in a range of areas including finance, construction, labor and employment, insurance and technology. The AAA has 30 offices in the United States and Europe.

As an administrative agency, the AAA processes a case from filing to closing, appointing arbitrators, setting hearings, transmitting documents and scheduling conference calls. The goal is to keep cases moving in a fair and impartial process until completion.

**What kinds of disputes are covered by the DIRECTV Arbitration Program?**
The arbitration clause in the contract between you and DIRECTV explains what kinds of disputes are covered. The AAA also applies its Consumer Arbitration Rules to disputes between you and DIRECTV. Consumers are not prohibited from seeking relief in a small claims court for disputes or claims within the scope of its jurisdiction, even in consumer arbitration cases filed by the business.

**Who are the arbitrators?**
Arbitrators are the independent third parties who hear the evidence and decide the outcomes of cases. They are independent contractors and not employees of the AAA or of DIRECTV. Arbitrators are carefully selected for their expertise and trained extensively by the AAA. In consumer cases, the AAA will appoint an arbitrator who is an attorney, unless the parties agree otherwise for example, on a case in which there are many financial records, the parties may agree to use an arbitrator who is an accountant instead of an attorney.

**If the contract says I have to arbitrate my dispute, does that mean I can't go to court?**
The AAA's Consumer Due Process Protocol gives either you or DIRECTV the option of going to small claims court if the amount of money you are seeking falls within the limits set for small claims courts in the state in which you live or operate.

**Do I have to hire an attorney?**
Either you or DIRECTV may be represented by an attorney. However, there is no requirement that you have an attorney to participate in arbitration.


**Where can I find more information about arbitration?**
You can review other arbitration information on the AAA's website.


**Why has the AAA developed Consumer Arbitration Rules?**
The AAA developed its Consumer Arbitration Rules to provide a low-cost, streamlined process to resolve disputes between consumers and businesses whose contracts contain a standardized arbitration clause where those terms and conditions are non-negotiable or primarily non-negotiable in most or all of its terms, conditions, features, choices. The Consumer Arbitration Rules are also intended to reinforce the principles of the Consumer Due Process Protocol.


**What is the Consumer Due Process Protocol?**
The Consumer Due Process Protocol (Protocol) is a statement of principles and standards aimed at promoting fair procedures that protect consumers in arbitrations. The protocol was developed to address a wide range of consumer transactions - those involving the purchase or lease of goods or services for personal, family or household use. A complete copy of the Protocol can be found on the AAA's website.


**What if I am having problems with DIRECTV? Will the AAA help me before I file for arbitration?**
No. The AAA is a neutral administrative agency and cannot act on behalf of either the consumer or DIRECTV, or become involved in a dispute before the filing of a case. If you are attempting to resolve a problem with DIRECTV, you should contact them directly or seek the assistance of a consumer advocacy group.


**Where can I file my claim?**
AAA's administrative services are available through the Association's AAA Case Filing Services at 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Address information can be found on the AAA's website at www.adr.org. In-person hearings, if any are needed, can be held at any location convenient to the parties. Alternatively, the AAA has a file online option, AAA WebFile. You may obtain more information about AAA WebFile on AAA's website.


**How do I file my claim?**
To begin the process, either your or DIRECTV can use the Demand for Arbitration form found on the AAA's website. Send the completed form, along with a copy of the arbitration provision in your contract, and the appropriate filing fees and/or deposits to the AAA. The AAA will notify DIRECTV, advising them that the AAA has received a consumer case under these supplementary procedures. Alternatively, the AAA has a file online option, AAA WebFile. You may obtain more information about AAA WebFile on AAA's website.


**Can DIRECTV file for arbitration against a consumer?**

Yes. Either you or DIRECTV can start an arbitration proceeding.

**Can I have a hearing?**
Many consumer disputes can be resolved simply through the review of documents. However you may request a hearing. This request should be made no later than ten days after the AAA has initiated the case. You can request either a telephone hearing or an in-person hearing.

**Is Mediation available?**
Mediation is available to assist parties in resolving their disputes. If the parties want to use mediation, they may do so under the Association's Commercial Mediation Rules.

In mediation, an impartial person (the mediator) helps the parties to try and settle their dispute by reaching an agreement together. A mediator does not arbitrate or decide the outcome.

Content reflects instructions for devices and services from DIRECTV. Some differences may exist for devices not purchased from DIRECTV.

**EXHIBIT 5**

# DIRECTV— Notice of Dispute

DIRECTV is committed to resolving its customers' disputes in a fair and efficient manner. If you are unsatisfied with the resolution that a customer service representative offers for a problem that you are experiencing, you may notify us of your dispute by sending this form to DIRECTV's legal department.

**Please complete this form in its entirety (printing legibly). Retain a copy for your records and send the completed form by certified U.S. mail to:** DIRECTV LLC, Consumer Arbitration Demand, P.O. Box 915, El Segundo, CA, 90245

   DIRECTV representative will respond within 30 days of receiving this form. If the dispute is not resolved to your satisfaction, you may begin arbitration by submitting a Demand for Arbitration to the American Arbitration Association. We provide further details o   our web site (at directv.com/agreements), as well as a Demand for Arbitration form.

_____          _____
Name of account holder                                            Account number

_____
Telephone number at which you may be reached during business hours

Your email address:      _____

Your fax number:         _____

Your billing address:    _____

                                    _____

If you are an authorized representative of the account holder, please print your name, your relationship to the account holder, your address, and a phone number at which you may best be reached during business hours:

**Please briefly describe the nature of your dispute and attach any supporting documents that you wish. If necessary, please use the reverse side or attach additional pages.**

**Please briefly describe the relief that you would like from DIRECTV.**

_____          _____
Date                                                          Signature

**DIRECTV**

**Consumer Demand for Arbitration before the American Arbitration Association**

---

**Instructions on filing a claim:**

1. Please fill out this form and retain one copy for your records.
2. Mail a copy of this form and your check or money order for the filing fee to the American Arbitration Association ("AAA") Case Filing Services at 1101 Laurel Oak Road, Voorhees, NJ 08043.  Please consult the AAA Consumer Arbitration Rules for the appropriate fee; those rules are available at adr.org or by calling the AAA at (800) 778-7879.  Please make your check or money order payable to the American Arbitration Association.
3. Send a copy of this form and of your check or money order to DIRECTV LLC, Consumer Arbitration Demand, P.O. Box 915, El Segundo, CA 90245.  Upon receipt, DIRECTV will reimburse you for your filing fee if your claim is for less than $75,000.
4. Please include a copy of DIRECTV's arbitration provision with each copy of this form.

---

**Your Personal Information:**

Name:  _____ DIRECTV Account Number:  _____

Street Address:  _____

City/State/Zip:  _____

Telephone number:  _____ Email Address:  _____

If an in-person hearing is held, the arbitration will take place in the county of your billing address.  Please tell us the county and state to which your bills are sent:  _____

**Your Attorney's Information (Please leave blank if you are representing yourself):**

Attorney's Name:  _____ Firm:  _____

Street Address:  _____

City/State/Zip:  _____

Telephone number:  _____ Email Address:  _____

**Please explain the nature of your dispute.  You may use additional pages:**

**How much money do you believe you are owed?  If none, please leave blank:**


**Do you desire any non-monetary outcome?  If not, please leave blank:**



_____                    _____
Date                                                Signature

**EXHIBIT 6**

Exhibit 21

<div style="border:1px solid red;">

**PRINCIPAL SUBSIDIARIES OF**

**AT&T INC., AS OF DECEMBER 31, 2017**

</div>

**2017 AT&T INC. REPORT TO STOCKHOLDERS**

**SECURITIES AND EXCHANGE COMMISSION ("SEC")**

**FORM 10-K filed February 20, 2018**

| Legal Name | State of Incorporation/Formation | Conducts Business Under |
| --- | --- | --- |
| Illinois Bell Telephone Company | Illinois | AT&T Illinois; AT&T Wholesale |
| Indiana Bell Telephone Company, Incorporated | Indiana | AT&T Indiana; AT&T Wholesale |
| Michigan Bell Telephone Company | Michigan | AT&T Michigan; AT&T Wholesale |
| Nevada Bell Telephone Company | Nevada | AT&T Nevada; AT&T Wholesale |
| Pacific Bell Telephone Company | California | AT&T California; AT&T Wholesale; AT&T DataComm |
| SBC Long Distance, LLC | Delaware | AT&T Long Distance |
| AT&T Teleholdings, Inc. | Delaware | AT&T Midwest; AT&T West; AT&T East |
| Southwestern Bell Telephone Company | Delaware | AT&T Arkansas; AT&T Kansas; AT&T Missouri; AT&T Oklahoma; AT&T Texas; AT&T Southwest; AT&T DataComm; AT&T Wholesale |
| The Ohio Bell Telephone Company | Ohio | AT&T Ohio; AT&T Wholesale |
| Wisconsin Bell, Inc. | Wisconsin | AT&T Wisconsin; AT&T Wholesale |
| AT&T Corp. | New York | AT&T Corp.; ACC Business; AT&T Wholesale; AT&T Business Solutions; AT&T Advanced Solutions; AT&T Diversified Group; AT&T Mobile and Business Solutions |
| Teleport Communications America, LLC | Delaware | same |
| BellSouth, LLC | Georgia | AT&T South |
| BellSouth Telecommunications, LLC | Georgia | AT&T Alabama AT&T Florida AT&T Georgia AT&T Kentucky AT&T Louisiana AT&T Mississippi AT&T North Carolina AT&T South Carolina AT&T Tennessee AT&T Southeast |

| | | |
|---|---|---|
| AT&T Mobility LLC | Delaware | same |
| AT&T Mobility II LLC | Delaware | same |
| New Cingular Wireless PCS, LLC | Delaware | AT&T Mobility |
| Cricket Wireless LLC | Delaware | same |
| AT&T Communications, LLC | Delaware | same |
| AT&T International, LLC | Delaware | same |
| AT&T Comunicaciones Digitales, S. de R.L. de C.V. | Mexico City | same |
| DIRECTV, LLC | California | same |
| DIRECTV Enterprises, LLC | Delaware | same |
| DIRECTV Latin America, LLC | Delaware | same |
| Sky Serviços de Banda Larga Ltda. | Brazil | same |
| DIRECTV Colombia Ltda. | Colombia | same |
| DIRECTV Argentina S.A. | Argentina | same |

**EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ROY HOROWITZ
   Hillsborough, NJ 08844,
LINDA LARSON
   Lake Havasu City, AZ 86406,
KEMPTEN POLLARD
   Bradenton, FL 34209,
KATHERINE SEAMAN
   Bernardsville, NJ 07924,
     and
KATHLEEN SWEENEY
   Blackwood, NJ 08012,
*on behalf of themselves individually*
*and on behalf of those similarly situated*,

      Plaintiffs,

   -against-

AT&T INC.
   208 S. Akard St., Dallas, TX 75202,
AT&T CORP.
   One AT&T Way, Bedminster, NJ 07921,
AT&T SERVICES, INC.
   208 S. Akard St., Dallas, TX 75202,
     and
AT&T MOBILITY SERVICES LLC
   1025 Lenox Park Blvd. NE, Atlanta, GA
   30319,
      Defendants.

CIVIL ACTION NO.:
3:17-CV-04827-BRM-LHG

Motion Date: January 2, 2018

## REPLY IN SUPPORT OF SPECIALLY APPEARING DEFENDANT AT&T INC.'S[1] MOTION TO DISMISS

---

[1] AT&T Inc. does not concede that this Court has jurisdiction over it. AT&T Inc. appears solely for the purposes of contesting personal jurisdiction.

# TABLE OF CONTENTS

**Page**

I.  INTRODUCTION.............................................................................. 1

II.  PLAINTIFFS ARGUE FOR SUBSTANTIVE CONSOLIDATION AND DIRECT LIABILITY, WHICH ARE IRRELEVANT TO PERSONAL JURISDICTION..................................................... 1

III.  PLAINTIFFS FAIL TO IDENTIFY NEW JERSEY CONTACTS SPECIFIC TO AT&T INC, AND THE ALLEGED CONTACTS OF OTHER ENTITIES DO NOT CREATE JURISDICTION OVER AT&T INC. ...................................................................... 4

IV.  JURISDICTIONAL DISCOVERY IS NOT APPROPRIATE, BECAUSE PLAINTIFFS' JURISDICTIONAL ARGUMENTS ARE CLEARLY FRIVOLOUS.......................................... 10

V.  CONCLUSION ............................................................... 11

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Adm'rs of Tulane Educ. Fund v. Ipsen Pharma, S.A.S.*,
  770 F. Supp. 2d 24 (D.D.C. 2011) ....................................................................... 7

*Baker v. LivaNova PLC*,
  210 F. Supp. 3d 642 (M.D. Pa. 2016) ................................................................ 7

*Bristol-Myers Squibb Co. v. Superior Court*,
  137 S. Ct. 1773 (2017) ............................................................................... 1, 12

*Burger King Corp. v. Rudzewicz*,
  471 U.S. 462 (1985) ........................................................................................ 12

*Craig v. Lake Asbestos of Quebec, Ltd.*,
  843 F.2d 145 (3d Cir. 1988) ........................................................................ 5, 10

*Daimler AG v. Bauman*,
  134 S. Ct. 746 (2014) .................................................................................... 9, 12

*Dep't of Envtl. Prot. v. Ventron Corp.*,
  94 N.J. 473, 468 A.2d 150 (1983) ..................................................................... 5

*Dewey v. Volkswagen AG*,
  558 F. Supp. 2d 505 (D.N.J. 2008) ................................................................... 6

*Drayage Express, LLC v. Int'l First Serv. USA*,
  No. 3:15-cv-03597 (FLW)(LHG), 2017 U.S. Dist. LEXIS 47999
  (D.N.J. Mar. 29, 2017) ................................................................................... 11

*Dutch Run-Mays Draft, LLC v. Wolf Block, LLP*,
  450 N.J. Super. 590, 164 A.3d 435 (Super. Ct. App. Div. 2017) ........................ 2

*Enter. Rent-A-Car Wage & Hour Emp't Practices Litig. v. Enter.
  Rent-A-Car Co.*,
  735 F. Supp. 2d 277 (W.D. Pa. 2010), *aff'd sub nom, In re Enter.
  Rent-A-Car Wage & Hour Emp't Practices Litig.*, 683 F.3d 462
  (3d Cir. 2012) .................................................................................................. 3

*Eurofins Pharma US Holdings v. BioAlliance Pharma SA,*
    623 F.3d 147 (3d Cir. 2010) .......................................................................... 10

*Garshman v. Universal Res. Holding, Inc.,*
    641 F. Supp. 1359 (D.N.J. 1986), *aff'd*, 824 F.2d 223 (3d Cir.
    1987) ............................................................................................................... 11

*Grynberg v. Total Compagnie Francaise Des Petroles,*
    C.A. No. 10-1093-LPS, 2012 U.S. Dist. LEXIS 133132 (D. Del.
    Sept. 18, 2012) ............................................................................................... 11

*Hanson v. Denckla,*
    357 U.S. 235 (1958) ....................................................................................... 12

*Hill v. Cosby,*
    665 F. App'x 169 (3d Cir. 2016) ..................................................................... 6

*Int'l Shoe Co. v. Washington,*
    326 U.S. 310 (1945) ....................................................................................... 12

*Mass. Sch. of Law at Andover v. Am. Bar Ass'n,*
    107 F.3d 1026 (3d Cir. 1997) ........................................................................ 10

*Mendez v. Pure Foods Mgmt. Grp., Inc.,*
    No. 3:14-cv-1515 (SRU), 2016 U.S. Dist. LEXIS 4661 (D. Conn.
    Jan. 14, 2016) .................................................................................................. 3

*Muniz v. Walgreen Co.,*
    46 F. Supp. 3d 117 (D.P.R. 2014) .................................................................. 7

*Nesbit v. Gears Unlimited, Inc.,*
    347 F.3d 72 (3d Cir. 2003) ......................................................................... 2, 4

*In re Owens Corning,*
    419 F.3d 195 (3d Cir. 2005) ........................................................................... 2

*Pearson v. Component Tech. Corp.,*
    247 F.3d 471 (3d Cir. 2001) ........................................................................... 4

*Pfundstein v. Omnicom Grp. Inc.,*
    285 N.J. Super. 245, 666 A.2d 1013 (Super. Ct. App. Div. 1995) ................. 5

*Prescott v. LivaNova PLC*,
No. 4:16-cv-00472-JAJ, 2017 U.S. Dist. LEXIS 95830 (S.D. Iowa
June 12, 2017) ........................................................................ 7

*Rashidi v. Veritiss, LLC*,
No. 2:16-cv-04761-CAS, 2016 U.S. Dist. LEXIS 129152 (C.D.
Cal. Sep. 19, 2016) ................................................................. 3

*Seltzer v. I.C. Optics, Ltd.*,
339 F. Supp. 2d 601 (D.N.J. 2004) ....................................... 5

*Telcordia Techs., Inc. v. Alcatel S.A.*,
Civil A. No. 04-874 GMS, 2005 U.S. Dist. LEXIS 10194 (D. Del.
May 27, 2005) ........................................................................ 11

*Transp. Ins. Co. v. Am. Harvest Baking Co.*,
Civ. No. 15-663, 2015 U.S. Dist. LEXIS 168018 (D.N.J. Dec. 16,
2015).................................................................................... 5, 6

## I. INTRODUCTION

Plaintiffs ask this Court to circumvent well-established jurisdictional principles and exercise jurisdiction over AT&T Inc., a Delaware holding company headquartered in Texas with no presence, operations, or contacts in New Jersey. Apparently recognizing that the case law on personal jurisdiction does not support the outcome for which they advocate, Plaintiffs conflate the jurisdictional issue before this Court with irrelevant liability arguments and the inapplicable alter ego doctrine. AT&T Inc. has previously articulated why federal due process prohibits the exercise of general or specific jurisdiction here, and Plaintiffs' unsubstantiated arguments regarding substantive consolidation and the alter ego doctrine do not dictate a different result. Accordingly, their claims against AT&T Inc. must be dismissed pursuant to Rule 12(b)(2) for lack of personal jurisdiction.

## II. PLAINTIFFS ARGUE FOR SUBSTANTIVE CONSOLIDATION AND DIRECT LIABILITY, WHICH ARE IRRELEVANT TO PERSONAL JURISDICTION.

In their Opposition, Plaintiffs acknowledge that the issue before this Court is whether due process permits the exercise of personal jurisdiction over AT&T Inc. Pl. Opp. 4.[2] Yet Plaintiffs *avoid* the issue by arguing that this Court should

---

[2] The Supreme Court recognizes only "two types of personal jurisdiction: 'general' (sometimes called 'all-purpose') jurisdiction and 'specific' (sometimes called 'case-linked') jurisdiction." *Bristol-Myers Squibb Co. v. Superior Court*, 137 S. Ct. 1773, 1780 (2017). Yet Plaintiffs assert the existence of a *third* type of personal jurisdiction: consent to service. *See* Pl. Opp. 4–5. This Court should reject any

substantively consolidate AT&T Inc. with its subsidiaries, in order to treat them as

a single employer, or otherwise hold AT&T Inc. directly liable for alleged

discrimination. Pl. Opp. 5–6 (paradoxically describing this nonexistent, monolithic

employer as a "family of companies"). However, these *liability* arguments are

irrelevant to the *jurisdictional* issue before this Court.

      Substantive consolidation is an equitable remedy arising out of the

bankruptcy context, in which the assets and liabilities of a group of entities are

merged into a single survivor. *In re Owens Corning*, 419 F.3d 195, 205–09 (3d Cir.

2005). In arguing for substantive consolidation, Plaintiffs rely exclusively on

*Nesbit v. Gears Unlimited, Inc.*, 347 F.3d 72 (3d Cir. 2003), in which the Third

Circuit borrowed the doctrine from the bankruptcy context in determining whether

to consolidate the employees of two entities for purposes of satisfying Title VII's

fifteen-employee threshold under 42 U.S.C. § 2000e(b) (defining the term

"employer").[3] *Nesbit* did not arise in the jurisdictional context, and at least one

---

argument that AT&T Inc. has consented to jurisdiction in this action. Even proper
service of process is not sufficient to establish personal jurisdiction over a foreign
corporation not otherwise subject to general or specific jurisdiction in New Jersey.
*See Dutch Run-Mays Draft, LLC v. Wolf Block, LLP*, 450 N.J. Super. 590, 596, 164
A.3d 435, 438 (Super. Ct. App. Div. 2017) ("[M]ere registration to do business and
acceptance of service of process in this state, absent more, does not bestow our
courts with general jurisdiction.").

[3] In *Nesbit*, the Third Circuit expressly held that Title VII's fifteen-employee
threshold is a substantive element of a Title VII claim rather than a jurisdictional
requirement and affirmed dismissal of the complaint on the merits. 347 F.3d at 86,
89.

court in the Third Circuit has expressly rejected the argument that plaintiffs can
rely on the substantive consolidation doctrine to meet the due process requirements
necessary to the exercise of general or specific jurisdiction. *See Enter. Rent-A-Car
Wage & Hour Emp't Practices Litig. v. Enter. Rent-A-Car Co.*, 735 F. Supp. 2d
277, 327-28 (W.D. Pa. 2010) ("[T]he joint employer theory and similar concepts
are relevant for determining liability, but are not for determining whether a court
may exercise personal jurisdictional over a party.") (citing *Cent. States, Se. & Sw.
Areas Pension Fund v. Reimer Express World Corp.*, 230 F.3d 934, 944-45 (7th
Cir. 2000) ("The fact that a defendant would be liable under a statute if personal
jurisdiction over it could be obtained is irrelevant to the question of whether such
jurisdiction can be exercised.")), *aff'd sub nom*, *In re Enter. Rent-A-Car Wage &
Hour Emp't Practices Litig.*, 683 F.3d 462 (3d Cir. 2012); *see also Rashidi v.
Veritiss, LLC*, No. 2:16-cv-04761-CAS (JPRx), 2016 U.S. Dist. LEXIS 129152, at
*11-12 (C.D. Cal. Sep. 19, 2016) ("[A] joint-employer relationship may establish
liability, but joint employment does not determine personal jurisdiction."); *Mendez
v. Pure Foods Mgmt. Grp., Inc.*, No. 3:14-cv-1515 (SRU), 2016 U.S. Dist. LEXIS
4661, at *15-16 (D. Conn. Jan. 14, 2016) ("[N]one of the possible 'single
integrated enterprise' or 'dual employer' tests discussed above… are appropriate
for determining in the first instance whether this court can exercise personal
jurisdiction….").

Plaintiffs also ask the Court to forgo the constitutional jurisdictional determination asserting that AT&T Inc. will be directly liable for the actions of its subsidiaries. For this position, Plaintiffs oddly point to dicta in *Pearson v. Component Tech. Corp.*, 247 F.3d 471, 478 (3d Cir. 2001), in which the Third Circuit affirmed summary judgment *in favor of the defendant-lender*, finding that the plaintiff-employees had failed to demonstrate that the lender of their former employer was itself an "employer" within the meaning of the a WARN Act (and, even if it was, "its actions never reached the point where even a more conventional parent would become liable"). *Id*. at 478, 505. Like *Nesbit*, *Pearson* does not arise in the jurisdictional context.[4] Plaintiffs' argument is a red herring designed to distract from the issue of whether due process permits the exercise of personal jurisdiction over AT&T Inc.

III.  **PLAINTIFFS FAIL TO IDENTIFY NEW JERSEY CONTACTS SPECIFIC TO AT&T INC, AND THE ALLEGED CONTACTS OF OTHER ENTITIES DO NOT CREATE JURISDICTION OVER AT&T INC.**

Seemingly recognizing that substantive consolidation and direct liability are wholly irrelevant to the jurisdictional issue before the Court, Plaintiffs also ask this Court to pierce the corporate veil and impute the jurisdictional contacts of other entities to AT&T Inc. under the alter ego doctrine. However, Plaintiffs arguments

---

[4] Indeed, Plaintiffs fail to cite *any* case in which a court applies these doctrines in the jurisdictional context, and AT&T Inc. cannot find such a case.

are in vain because "[i]t is well-established that the forum contacts of a subsidiary corporation will not be imputed to a parent corporation for jurisdictional purposes without a showing of something more than mere ownership." *Pfundstein v. Omnicom Grp. Inc.*, 285 N.J. Super. 245, 252–54, 666 A.2d 1013, 1016–17 (Super. Ct. App. Div. 1995). Thus, "in New Jersey even the exercise of significant control by the parent over the subsidiary will not suffice to pierce the corporate veil." *Craig v. Lake Asbestos of Quebec, Ltd.*, 843 F.2d 145, 150 (3d Cir. 1988).

In determining whether to apply the alter ego doctrine on a motion to dismiss under Rule 12(b)(2), this Court has considered "factors such as (1) the level of capitalization of the subsidiary; (2) who the subsidiary does business with other than the parent; (3) the day-to-day involvement of the parent's directors, officers and personnel with the subsidiary; and (4) the payment of the subsidiary's salaries and expenses by the parent." *Seltzer v. I.C. Optics, Ltd.*, 339 F. Supp. 2d 601, 610 (D.N.J. 2004) (granting defendant's motion to dismiss under Rule 12(b)(2)). The essential question, however, is whether "the parent so dominated the subsidiary that it had no separate existence but was merely a conduit for the parent." *Dep't of Envtl. Prot. v. Ventron Corp.*, 94 N.J. 473, 501, 468 A.2d 150, 164 (1983). Even in Plaintiffs' preferred case on the doctrine, *Transp. Ins. Co. v. Am. Harvest Baking Co.*, Civ. No. 15-663 (NLH/AMD), 2015 U.S. Dist. LEXIS 168018 (D.N.J. Dec. 16, 2015), this Court *rejected* the theory as a basis for

asserting general or specific jurisdiction over the parent of an insurance company, in part because "the parent company is purely a holding company, does not engage in any insurance activities itself, and is not licensed to issue policies in this forum, or any other forum." *Id*. at *12–13.[5]

In the absence of sufficient legal or factual support for their position, Plaintiffs rely exclusively on corporate branding and unsupported, conclusory allegations that AT&T Inc. "committed and/or directed" the actions of other entities. Pl. Opp. 2.[6] Plaintiffs provide no evidence or factual allegations pertinent to the alter ego doctrine determination, however. Specifically, they provide no evidence of undercapitalization of any AT&T entity; no evidence regarding the business relationships of any AT&T entity; no evidence of AT&T Inc.'s day-to-day involvement with any AT&T entity; no evidence that AT&T Inc. pays the salaries and expenses of any AT&T entity; and, most fatally to their argument, *no evidence of AT&T Inc.'s control over any AT&T entity*. Plaintiffs merely reiterate

---

[5] In *Dewey v. Volkswagen AG*, 558 F. Supp. 2d 505, 513–14 (D.N.J. 2008), the other jurisdiction-related case that Plaintiffs cite in their opposition, this Court's decision turned on the existence of an agreement between a parent and subsidiary governing "every phase of [the subsidiary's] operation," pursuant to which the parent exercised "substantial control" over the subsidiary's activities. *Id*. No such agreement exists here.

[6] On a motion to dismiss, courts accept as true "well-pleaded facts," but "conclusory allegations must be set aside." *See, e.g.*, *Hill v. Cosby*, 665 F. App'x 169, 173 n.3 (3d Cir. 2016).

the conclusory allegations from the Complaint. *See* Pl. Opp. 8–9. As explained in

the below chart, these allegations are insufficient:

| **Plaintiffs' Allegations** | **AT&T Inc.'s Reply** |
| --- | --- |
| 1) AT&T, Inc. presents itself and its subsidiaries as one entity known as "AT&T." (Pl. Opp. 8, 10–18.) | The fact that AT&T Inc. and other entities use the AT&T corporate brand does not support application of the alter ego doctrine. *See, e.g., Baker v. LivaNova PLC*, 210 F. Supp. 3d 642, 651 (M.D. Pa. 2016) (holding that "[a] common brand is not enough to establish an alter ego relationship" and granting a motion to dismiss); *Muniz v. Walgreen Co.*, 46 F. Supp. 3d 117, 124 (D.P.R. 2014) (holding that a "close branding relationship" is insufficient for the alter ego doctrine and granting a motion to dismiss); *Adm'rs of Tulane Educ. Fund v. Ipsen Pharma, S.A.S.*, 770 F. Supp. 2d 24, 30 (D.D.C. 2011) (holding that "joint promotion without more does not mandate the finding that a subsidiary is a mere shell for its parent corporation" granting a motion to dismiss); *see also Prescott v. LivaNova PLC*, No. 4:16-cv-00472-JAJ, 2017 U.S. Dist. LEXIS 95830, at *25–26 (S.D. Iowa June 12, 2017) (granting a motion to dismiss where "[t]he companies share a common branding scheme, including a common email domain, but maintain completely separate day-to-day operations, employees, officers, and corporate structures"). |

| 2) Plaintiffs' employer was the "AT&T family of companies," including AT&T, Inc. (Pl. Opp. 8.) | This allegation reiterates Plaintiffs' argument for substantive consolidation, which raises a question of law that is irrelevant to personal jurisdiction. *See supra* Part II. |
| --- | --- |
| 3) AT&T, Inc. directed and benefited from the age discriminatory workforce reduction plan 2020, with its three-step "surplus," then termination and fraudulent release scheme. (Pl. Opp. 8.) | Plaintiffs fail to support this conclusory allegation with any factual allegations showing that AT&T Inc. exercised dominion or control over its subsidiaries. Instead, they make further conclusory allegations regarding a nonexistent, monolithic entity that do nothing to demonstrate the nature of the relationship between AT&T Inc. and its subsidiaries. |
| 4) AT&T, Inc. purposefully directed its employment activities at New Jersey. (Pl. Opp. 8.) | Plaintiffs fail to support this conclusory allegation with any factual allegations showing that AT&T Inc. exercised dominion or control over its subsidiaries. Instead, they make further conclusory allegations regarding a nonexistent, monolithic entity that do nothing to demonstrate the nature of the relationship between AT&T Inc. and its subsidiaries. |
| 5) AT&T, Inc. purposefully implemented its age discriminatory workforce reduction plan 2020 in New Jersey with the known effect that it would result in the age discriminatory terminations of its employees in New Jersey. (Pl. Opp. 8–9.) | Plaintiffs fail to support this conclusory allegation with any factual allegations showing that AT&T Inc. exercised dominion or control over its subsidiaries. Instead, they make further conclusory allegations regarding a nonexistent, monolithic entity that do nothing to demonstrate the nature of the relationship between AT&T Inc. and its subsidiaries. |

| 6) [T]he AT&T family of companies maintains a principal place of business at One AT&T Way, Bedminster, New Jersey. (Pl. Opp. 9.) | This argument is circular. AT&T Inc. is a Delaware corporation with its principal place of business in Texas. *See* Koch Decl. ¶ 3. The fact that other corporate entities have jurisdictional contacts with the forum does not support the imputation of those contacts to AT&T Inc. |
| --- | --- |
| 7) AT&T Inc. is among the parties released by the waivers signed by some of the plaintiffs, is covered by the Management Arbitration Agreement, and sponsored severance and other benefit plans referenced in documentation received by Plaintiffs. (Pl. Opp. 10–13, 19–20.) | That a holding company is covered by releases signed by former employees of its operating companies, or that it sponsors a benefit plan for employees of its operating companies,[7] hardly suggests the holding company's contacts in *every state* where those companies operate are "so substantial and of such a nature as to render the corporation at home" in all such forums. *Daimler AG v. Bauman*, 134 S. Ct. 746, 760–61, 761 n.19 (2014). |

Accepting Plaintiffs' position would extend the alter ego doctrine beyond recognition, such that the jurisdictional contacts of every entity with a brand would be imputed to every other entity sharing that brand. This approach to jurisdiction would upend years of well-reasoned jurisprudence, result in an absurdity, and completely do away with due process.

For the foregoing reasons, Plaintiffs have failed to make the necessary showing under the alter ego doctrine, and their jurisdictional arguments must fail.

---

[7] Payment of severance under the AT&T Inc. Severance Pay Plan is made by employers, such as AT&T Corp., and not by AT&T Inc. Plaintiffs admit that they received payments only from their employers. Compl. ¶¶ 103, 144, 182, 220, 259.

*See Craig*, 843 F.2d at 152 ("In *Ventron*, the Supreme Court of New Jersey adhered to the traditional view of alter ego liability law. We are not free to take a different position.").

## IV.   JURISDICTIONAL DISCOVERY IS NOT APPROPRIATE, BECAUSE PLAINTIFFS' JURISDICTIONAL ARGUMENTS ARE CLEARLY FRIVOLOUS.

Despite the fact that AT&T Inc. is a holding company, Plaintiffs ask this Court to grant jurisdictional discovery. But courts deny jurisdictional discovery where, as here, the jurisdictional claims at issue are "clearly frivolous." *Mass. Sch. of Law at Andover v. Am. Bar Ass'n*, 107 F.3d 1026, 1042 (3d Cir. 1997). "A plaintiff may not… undertake a fishing expedition based only upon bare allegations, under the guise of jurisdictional discovery." *Eurofins Pharma US Holdings v. BioAlliance Pharma SA*, 623 F.3d 147, 157 (3d Cir. 2010). In light of the fact that AT&T Inc. conducts no business with the public, has no employees, and maintains no presence in New Jersey, *see* Koch Decl. ¶¶ 3–13, jurisdictional discovery would be frivolous and amount to nothing more than a fishing expedition.

"Jurisdictional discovery generally relates to corporate defendants and the question of whether they are 'doing business' in the state." *Mass. Sch. of Law at Andover*, 107 F.3d at 1042. Where, as here, a corporate defendant is a holding company that conducts no business with the public, there can be no question that

the defendant does not conduct business in the forum, such that jurisdictional discovery is clearly frivolous. *See, e.g.*, *Grynberg v. Total Compagnie Francaise Des Petroles*, C.A. No. 10-1093-LPS, 2012 U.S. Dist. LEXIS 133132, at *11 (D. Del. Sept. 18, 2012) (granting motion to dismiss in favor of defendant holding company and denying jurisdictional as clearly frivolous); *Telcordia Techs., Inc. v. Alcatel S.A.*, Civil A. No. 04-874 GMS, 2005 U.S. Dist. LEXIS 10194, at *30 (D. Del. May 27, 2005) (same); *see also Garshman v. Universal Res. Holding, Inc.*, 641 F. Supp. 1359, 1366 (D.N.J. 1986) (finding the contention that a defendant conducted business in the forum to be "clearly frivolous," in light of its status as a holding company), *aff'd*, 824 F.2d 223 (3d Cir. 1987). Accordingly, this Court should grant AT&T Inc.'s motion to dismiss and deny Plaintiffs' frivolous request for jurisdictional discovery as an impermissible fishing expedition. *Drayage Express, LLC v. Int'l First Serv. USA*, No. 3:15-cv-03597 (FLW)(LHG), 2017 U.S. Dist. LEXIS 47999, at *15, *21 (D.N.J. Mar. 29, 2017) (finding that plaintiff failed to set forth a prima facie case of personal jurisdiction, denying jurisdictional discovery as a "fishing expedition," and granting defendant's motion to dismiss).

## V. **CONCLUSION**

AT&T Inc. is a Delaware holding company headquartered in Texas that does not do business in New Jersey. *See* Koch Decl. ¶¶ 3–13. Given that AT&T Inc. lacks *any* presence, operations, or contacts in New Jersey, it is clearly not subject

to the general or specific jurisdiction of this Court.[8] Thus, Defendant AT&T Inc.

respectfully requests that this Court dismiss the claims that Plaintiffs have brought

against it for lack of personal jurisdiction and deny jurisdictional discovery. In

light of AT&T's status as a holding company with no employees, AT&T Inc.

further requests that this Court deny Plaintiffs' request to transfer their

employment claims to the United States District Court for the District of Delaware.

Dated: December 6, 2017

By:    /s/ James Bucci
                Angelo J. Genova
                Genova Burns LLC
                494 Broad Street
                Newark, NJ 07102
                Phone: (973) 535-7100
                Fax: (973) 533-1113

---

[8] Federal due process permits the exercise of general jurisdiction over a corporation only in its formal place of incorporation, its principal place of business, or "in an *exceptional* case" where a corporation's operations in another state are "so substantial and of such a nature as to render the corporation at home" in the forum. *Daimler*, 134 S. Ct. at 760–61, 761 n.19 (2014) (emphasis added). Federal due process permits the exercise of specific jurisdiction over a corporation only where three requirements are met. First, the defendant must have "certain minimum contacts" with the forum that are purposeful. *Int'l Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945); *see Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 475 (1985); *Hanson v. Denckla*, 357 U.S. 235, 253 (1958). Second, the case or controversy must arise from or relate to the defendant's minimum contacts. *See Bristol-Myers*, 137 S. Ct. at 1780. Third, the exercise of personal jurisdiction must "not offend 'traditional notions of fair play and substantial justice.'" *Int'l Shoe*, 326 U.S. at 316. For the reasons set forth in AT&T Inc.'s prior brief, this Court cannot assert general or specific jurisdiction over AT&T Inc. without imputing the jurisdictional contacts of other entities to AT&T Inc. *See Def. Mem.* 5–11.

agenova@genovaburns.com

James Bucci
Genova Burns LLC
2 Riverside Drive, Suite 502
Camden, NJ 08103
Phone: (856) 968-0686
Fax: (856) 968-0680
jbucci@genovaburns.com

Kenneth W. Gage
Patrick W. Shea*
Davis M. Woodruff
Paul Hastings LLP
200 Park Avenue, 30th Floor
New York, NY 10166
Phone: (212) 318-6000
Fax: (212) 230-7646
kennethgage@paulhastings.com
patrickshea@paulhastings.com
daviswoodruff@paulhastings.com
*Admitted pro hac vice (\*application
forthcoming)*

Alex Maturi
Paul Hastings LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606
Phone: (312) 499-6076
Fax: (312) 499-6176
alexmaturi@paulhastings.com
*Admitted pro hac vice*

*Attorneys for AT&T Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, a copy of the foregoing Defendant's Reply In Support Of Specially Appearing Defendant AT&T Inc.'s Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/ James Bucci_____

14185849v1 (22711.002)