**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY REVITCH, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br>   v.<br><br>DIRECTV, LLC,<br><br>              Defendant. | Case No. 3:18-cv-01127-JCS<br><br>**DECLARATION OF JEREMY REVITCH IN SUPPORT OF OPPOSITION TO DIRECTV'S MOTION TO COMPEL ARBITRATION**<br><br>Date:          June 22, 2018<br>Time:         9:30 a.m.<br>Courtroom: G, 15th Floor<br><br>Judge:       Hon. Joseph C. Spero |

I, Jeremy Revitch, declare as follows:

1. I am over the age of 18 and I submit this declaration in support of my Opposition to Defendant's Motion to Compel Arbitration. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. The billing address for my AT&T Mobility wireless phone service is in California.

3. When I entered into AT&T Mobility's Wireless Customer Agreement in 2011, I did not contemplate or intend that the arbitration provision would apply to claims against DirecTV, or to claims having nothing to do with my agreement with AT&T Mobility.

4. When I entered into AT&T Mobility's Wireless Customer Agreement in 2011, I did not contemplate that definitions set forth in Black's Law Dictionary or Corporation Code § 150 would control the interpretation of the agreement. In fact, I never heard of Black's Law Dictionary or Corporation Code § 150 before DirecTV filed its motion to compel arbitration in this case.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on May  21 , 2018, in Mill Valley, California,

_____
Jeremy Revitch