MAYER BROWN LLP
Andrew Edelstein (SBN 218023)
*aedelstein@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorney for Defendant DIRECTV, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY REVITCH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC,<br><br>Defendant. | CASE NO. 3:18-cv-01127-JCS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT, DIRECTV, LLC substitutes Andrew Edelstein of Mayer Brown LLP, State Bar No. 218023, 350 South Grand Avenue, 25th Floor, Los Angeles, CA 90071-1503 as counsel of record in place of Anne M. Selin of Mayer Brown LLP, Two Palo Alto Square, Suite 300, 3000 El Camino Real, Palo Alto, CA 94306-2112 in the above-captioned matter on behalf of Defendant, DIRECTV, LLC.

Dated: November 15, 2018

               MAYER BROWN LLP
               By: /s/ *Andrew Edelstein*
                  Andrew Edelstein

               Attorney for Defendant
               DIRECTV, LLC