**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com

*Attorneys for Plaintiff*

**MAYER BROWN LLP**
Andrew Edelstein (SBN 218023)
*aedelstein@mayerbrown.com*
350 S. Grand Ave., Suite 2500
Los Angeles, CA 90071
Tel: (213) 229-9500
Fax: (213) 625-0248

Archis A. Parasharami (SBN 321661)
*aparasharami@mayerbrown.com*
Daniel E. Jones (*pro hac* vice) 1999 K Street, N.W.
*djones@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 263-3000
Fax: (202) 263-3300

Kyle Steinmetz (*pro hac* vice)
*ksteinmetz@mayerbrown.com*
Hans Germann (*pro hac* vice)
*hgermann@mayerbrown.com*
71 S. Wacker Drivce
Chicago, Il 60606
Tel: (312) 701-8547
Fax: (312) 706-8169

*Attorneys for Defendant DIRECTV LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY REVITCH, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>DIRECTV, LLC,<br><br>                Defendant. | Case No. 3:18-CV-01127-JCS<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:         July 19, 2019<br>Time:        2 p.m.<br>Courtroom: G, 15th Floor<br><br>Judge:       Hon. Joseph C. Spero |

FURTHER JOINT CASE MANAGEMENT STATEMENT; CASE NO. 3:18-cv-01127-JCS

1    Plaintiff Jeremy Revitch ("Revitch") and Defendant DIRECTV, LLC ("DIRECTV"), submit this Joint Case Management Statement Pursuant to this Court's May 7, 2019 Order (Doc. No. 61).

On November 9, 2018, this Court granted DIRECTV's motion to stay the case pending review by the Ninth Circuit of its motion to compel arbitration of Revitch's claims. The parties submitted a prior status report on the status of the appeal on April 23, 2019. After receiving that report, the Court ordered the parties to submit an additional joint status report by July 12, 2019, in advance of a July 19, 2019 case management conference.

DIRECTV's appeal remains pending before the Ninth Circuit. The appeal is fully briefed and is scheduled for oral argument on August 8, 2019. Unless ordered otherwise by the Court, the parties will file an additional status report within 10 days of receiving a ruling on the appeal.

Dated: June 27, 2019                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:      */s/ Joel D. Smith*
         Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
           jsmith@bursor.com


**MAYER BROWN LLP**

By: */s/ Kyle J. Steinmetz*

Kyle J. Steinmetz (*pro hac vice*)
Hans J. Germann (*pro hac vice*)
71 S. Wacker Drive
Chicago IL, 60606

FURTHER JOINT CASE MANAGEMENT STATEMENT; CASE NO. 3:18-cv-01127-JCS                    1

```
                        Telephone: (312) 701-8547
                        Facsimile (312) 706-9178
                        Email:  ksteinmetz@mayerbrown.com
                                hgermann@mayerbrown.com

                        Andrew Edelstein (SBN 218023)
                        350 S. Grand Ave, Suite 2500
                        Los Angeles, CA 90071
                        Telephone (313)229-9500
                        Email:  aedelstein@mayerbrown.com

                        Archis A. Parasharami (SBN 321661)
                        Daniel E. Jones (*pro hac vice*)
                        1999 K. Street N.W.
                        Washington D.C., 20006
                        Telephone: (202) 263-3000
                        Email: aparasharami@mayerbrown.com
                               djones@mayerbrown.com
```

**ATTESTATION**:  The Filer attests that concurrence in the filing of this document has been obtained from all signatories.

---

FURTHER JOINT CMC STATEMENT; CASE NO. 3:18-cv-01127-JCS                                              2