| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 8 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JEREMY REVITCH, on behalf of himself and all others similarly situated,

        Plaintiff-Appellee,

 v.

DIRECTV, LLC,

        Defendant-Appellant.

No.   18-16823

D.C. No. 3:18-cv-01127-JCS
Northern District of California,
San Francisco

ORDER

Before: O'SCANNLAIN, McKEOWN, and BENNETT, Circuit Judges.

Defendant-Appellant's Consent Motion for Extension of Time to File Petition for Rehearing En Banc, filed with this court on October 2, 2020, is **GRANTED**. A petition for rehearing and/or rehearing en banc shall now be due on October 28, 2020.