**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
          jsmith@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY REVITCH, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>DIRECTV, LLC,<br><br>                    Defendant. | Case No. 3:18-cv-01127-JCS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Jeremiah Revitch, and Defendant DIRECTV, LLC, by and through their respective attorneys, HEREBY STIPULATE AND AGREE that pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims in this action against Defendant without prejudice.

Dated:  February 16, 2021                                     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Joel D. Smith*
             Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
            jsmith@bursor.com
            ykrivoshey@bursor.com

*Attorneys for Plaintiff*

**MAYER BROWN LLP**

By:  */s/ Kyle J. Steinmetz*

Kyle J. Steinmetz (*pro hac vice*)
Hans J. Germann (*pro hac vice*)
71 S. Wacker Drive
Chicago IL, 60606
Telephone: (312) 701-8547
Facsimile (312) 706-9178
Email:  ksteinmetz@mayerbrown.com
              hgermann@mayerbrown.com

**ATTESTATION**

I, Joel D. Smith, attest pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each of the other signatories.

DATED: February 16, 2021                                     By: */s/ Joel D. Smith*