1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:    ltfisher@bursor.com
               jsmith@bursor.com
               ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY REVITCH, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>DIRECTV, LLC,<br><br>                              Defendant. | Case No. 3:18-cv-01127-JCS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1   Plaintiff Jeremiah Revitch, and Defendant DIRECTV, LLC, by and through their respective

2   attorneys, HEREBY STIPULATE AND AGREE that pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff

3   hereby dismisses all claims in this action against Defendant without prejudice.

4

5   Dated:  February 16, 2021                    Respectfully submitted,

6                                                **BURSOR & FISHER, P.A.**

7                                                By:   */s/ Joel D. Smith*

8                                                        Joel D. Smith

9                                                L. Timothy Fisher (State Bar No. 191626)
                                                 Joel D. Smith (State Bar No. 244902)
10  Dated: February 17, 2021                     Yeremey O. Krivoshey (State Bar No.295032)
                                                 1990 North California Blvd., Suite 940
11                                               Walnut Creek, CA  94596
                                                 Telephone: (925) 300-4455
12                                               Email:  ltfisher@bursor.com
                                                         jsmith@bursor.com
13                                                       ykrivoshey@bursor.com

14                                               *Attorneys for Plaintiff*

15                                               **MAYER BROWN LLP**

16                                               By:  */s/ Kyle J. Steinmetz*

17

18                                               Kyle J. Steinmetz (*pro hac vice*)
                                                 Hans J. Germann (*pro hac vice*)
19                                               71 S. Wacker Drive
                                                 Chicago IL, 60606
20                                               Telephone: (312) 701-8547
                                                 Facsimile (312) 706-9178
21                                               Email:  ksteinmetz@mayerbrown.com
                                                         hgermann@mayerbrown.com
22

23                                      **ATTESTATION**

24      I, Joel D. Smith, attest pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence

25  to the filing of this document has been obtained from each of the other signatories.

26  DATED: February 16, 2021                     By: */s/ Joel D. Smith*

27

28

*(Court seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero)*